UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
EASTERN DIVISION

| | |
|---|---|
| MONTWAIN CARTER,<br><br>  Plaintiff,<br><br>  vs.<br><br>HEALTH INSURANCE KING AGENCY, LLC,<br><br>  Defendant. | 3:25-CV-00005-SHL-WPK<br><br>SCHEDULING AND<br>TRIAL SETTING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on April 8, 2025. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. A Jury Trial shall begin on **July 13, 2026** at **9:00 AM** before United States District Judge Stephen H. Locher at the United States Courthouse, Davenport, Iowa. Trial is estimated to take 5 days.

2. A Final Pretrial Conference shall be held on **June 26, 2026** at **11:00 AM** at the United States Courthouse, Davenport, Iowa, before United States District Judge Stephen H. Locher. The parties are to appear in person at the Courthouse and Judge Locher will appear via VTC from Des Moines.

3. Initial Disclosures shall be made by **April 11, 2025.**

4. Motions to add parties shall be filed by **June 30, 2025**.

5. Motions for leave to amend pleadings shall be filed by **June 30, 2025**.

6. Plaintiff shall designate expert witnesses and disclose their written reports by **July 30, 2025**.

7. Defendant shall designate expert witnesses and disclose their written reports by **September 29, 2025**.

8. Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by **October 30, 2025**.

9. Discovery shall be completed by **January 23, 2026.** Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by **January 30, 2026.**

If the parties are interested in a Settlement Conference or have any other issues concerning this case they wish to discuss with Judge Kelly, please email IASDCHMBWPK@iasd.uscourts.gov.

IT IS SO ORDERED.

DATED April 10, 2025.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE