UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
EASTERN DIVISION

| | |
|---|---|
| MONTWAIN CARTER,<br><br>  Plaintiff,<br><br>vs.<br><br>HEALTH INSURANCE KING AGENCY, LLC,<br><br>  Defendant. | 3:25-CV-00005-SHL-WPK<br><br><br><br>**ORDER FOR STATUS REPORT AND SETTING STATUS CONFERENCE** |

The Court will conduct a Status Conference for this case on **January 7, 2026, at 10:00 a.m.** The Conference will be via WebEx. **Webex Join Link** (https://us-courts.webex.com/us-courts/j.php?MTID=m36ae304d0e69a16c17604e60d363a7ee). Meeting ID: **2301 540 1362.** Password: **iasd-wpk**

The parties shall **file** in the docket a list of any proposed matters to be discussed during the upcoming status conference **no less than two business days prior to the status conference**. The list may be submitted jointly or separately by each party. If any party anticipates that the status conference will take longer than 30-minutes and/or would like a court reporter for the status conference, this should also be indicated in the same filing.[1]

If the parties believe that there are no matters to be discussed at the upcoming status conference, this should also be indicated in a **filing no less than two business days prior to the status conference**. The parties should directly address whether they are on track to meet the deadlines set by the Court's Scheduling Order and Discovery Plan. If the parties are not on track to meet the deadlines set by the Court's Scheduling Order and Discovery Plan (regardless of any

---

[1] Please note, due to current court reporter shortages, any request for a court reporter will require moving the Status Conference from 9:00 AM to 4:00 PM.

informal deadline extensions agreed on by the parties), the parties should so state and explain why. Based on this information, the Court will determine whether to cancel the status conference.

If any party believes that it would be beneficial to hold an additional status conference that is not set by the above schedule, that party shall indicate that they desire an additional status conference and explain why in a **filing** in the docket.  That party shall also indicate whether they anticipate the status conference will take longer than 30-minutes and whether they would like a court reporter to be present.

IT IS SO ORDERED.

DATED April 8, 2025.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE