## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | | |
|---|---|---|
| MONTWAIN CARTER, on behalf of himself and others similarly situated, | : : : : | CIVIL ACTION FILE NO. 3:25-cv-00005-SHL-WPK |
| Plaintiff, | : : | |
| v. | : : | **JURY TRIAL DEMANDED** |
| HEALTH INSURANCE KING AGENCY, LLC | : : : | |
| Defendant. | : : / | |

## [PROPOSED ORDER GRANTING]
## MOTION TO COMPEL HEALTH INSURANCE KING AGENCY, LLC
## TO PROVIDE DISCOVERY RESPONSES
## <u>AND FOR EXTENSION</u>

AND NOW, this _____ day of _____, 202\_\_\_, upon consideration of the Plaintiff's Motion to Compel and for Extension, this Court does hereby ORDER, DECREE, and ADJUDGE:

- Defendant is ordered to produce responses, without objection, to the Interrogatories and Requests for Production, as more fully set forth in the Motion, no later than _____.

- Plaintiff is given an extension until _____ to evaluate the evidence produced and file an Amended Complaint if Plaintiff desires.

_____

J.

1