**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

MONTWAIN CARTER, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

HEALTH INSURANCE KING AGENCY,
LLC

        Defendant.

                                   /

CIVIL ACTION FILE NO.

3:25-cv-00005-SHL-WPK

**JURY TRIAL DEMANDED**

**DECLARATION OF MONTWAIN CARTER IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

1.      My name is Montwain Carter. I am over 18 years old. I can testify competently to the undersigned statements.

2.      This declaration is based on my personal knowledge.

3.      My cellular telephone number 563-XXX-XXXX is on the National Do-Not-Call Registry and has been since I registered it there on October 23, 2024.

4.      I am the user of 563-XXX-XXXX. I never provided my consent to Defendant to make calls to this number, including, but not limited to, via calling the Defendant.

5.      The number 563-XXX-XXXX is assigned to a non-business, residential consumer cellular telephone service. It is not associated with a business. It is not a business account or part of a business account.

6.      The number 563-XXX-XXXX is registered to my residential address in Iowa.

**Exhibit A**

7.    To be clear, the calls for which I sue the Defendant, which came from the caller IDs 563-888-1294, 563-888-1567, and 563-888-8621, on March 22, 2023, were all *incoming* calls to my phone. To be clear, I did not call the Defendant; the *Defendant called me*.

8.    The screenshots reproduced below confirm that the calls were incoming calls:



9.    I also note that the "563" area code serves Eastern and Southern Iowa, where I reside. Thus, all the telephone numbers at issue here had a connection to Iowa, and I was injured in Iowa, including because I received a call to my Iowa number from an Iowa number.

10.     Furthermore, the fact that the calls I received all bore 563 area codes demonstrate that the caller was directing its conduct at Iowa.

11.     I have reviewed the Defendant's motion and attached declaration. This declaration is especially perplexing because the call referenced in the motion and declaration, where I spoke with Timothy Reese, was the incoming call, that is to say, the call placed *to me*, on December 2, 2024 at 11:35 AM.

12.     During that call, Mr. Reese stated that he worked for the Defendant, Health Insurance King Agency, and asked me questions relating to obtaining an insurance policy offered by the Defendant, including my name, age, and ZIP code.

13.     I provided Mr. Reese with my ZIP code, which is in Iowa. Mr. Reese continued with the call, knowing that he was speaking with someone located in and residing in Iowa.

14.     Public records from Iowa's insurance system also indicate that Mr. Reese is licensed to sell insurance in Iowa:



15.     In fact, there is only one individual licensed to sell insurance in Iowa with the name "Timothy Reese."

16.     Mr. Reese also provided me the Defendant's website, healthinsuranceking.com, on the call.

17.    I also believe that my telephone carrier will have a record of this incoming call and will also be able to testify at a more technical and network-centric level to the fact that the call was an incoming call that was placed to me.

18.    I have no clue why the Defendant would claim that its records demonstrate that it did not authorize Mr. Reese to call me or that it has no record of the telephone numbers that called me as belonging to Health Insurance King.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 21st day of March, 2025**

_____

**MONTWAIN CARTER**