

**Exhibit C**