

CARTER-HIK-00001

**Exhibit D**





CARTER-HIK-00002





CARTER-HIK-00003