# Alvarado Marketing Group, Inc.
## Advertiser Agreement

This Advertiser Agreement (the "Agreement") is made and entered into as of _____, 2025 (the "Effective Date") by and between Alvarado Marketing Group, Inc., a Texas corporation ("Alvarado"), and Health Insurance King, Inc., a Texas corporation with an address at 1900 Matlock Rd., Suite 500, Mansfield, TX 76063 ("HIK"). Alvarado and HIK may each be referred to herein individually as a "Party" and collectively as the "Parties."

WHEREAS, Alvarado is in the business of acquiring, generating, and licensing certain consumer information ("Lead Data"), transferring inbound calls from consumers expressing an interest in insurance products ("Calls"), and redirecting users from its publisher network to advertiser sites ("Redirects"); and

WHEREAS, HIK desires to engage Alvarado to provide such Leads, Calls, and/or Redirects subject to the terms of this Agreement;

NOW, THEREFORE, the Parties agree as follows:

## 1. Definitions

"Agreement" means this Advertiser Agreement, including any Insertion Orders ("IOs").

"Lead Data" or "Lead" means information relating to a consumer expressing interest in obtaining insurance products.

"Call" means a consumer telephone call generated and transferred by Alvarado pursuant to an IO.

"Redirect" means a user forwarded by hyperlink or other method from a site in Alvarado's publisher network to HIK's site.

"Compensable Transactions" means the net number of Leads, Calls, and Redirects delivered pursuant to an IO, less any accepted returns.

"Confidential Information" means non-public information disclosed by one Party to the other, including consumer data.

"PII" means personally identifiable information of consumers.

"TCPA" means the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq.

## 2. Insertion Orders

Each engagement shall be subject to an executed IO. IOs will specify campaign details including pricing, vertical, filters, state/geography, volume caps, exclusivity, and return policies. In case of conflict, the Agreement controls unless the IO expressly overrides.

# Alvarado Marketing Group, Inc.
## Advertiser Agreement

### 3. Responsibilities of the Parties

3.1 Alvarado Responsibilities: Alvarado shall deliver Leads, Calls, and Redirects as set forth in the IO using lawful methods and in compliance with applicable laws, including TCPA, TSR, CAN-SPAM, and state insurance marketing laws.

3.2 HIK Responsibilities: HIK shall use Leads, Calls, and Redirects solely to provide insurance quotations. HIK shall not misuse consumer data, shall honor consumer opt-outs, and shall comply with all applicable laws.

### 4. Financial Terms

HIK shall pay fees as specified in each IO. Invoices are due within thirty (30) days. Disputes must be raised within seven (7) days. Late payments accrue interest at 1.5% per month or the maximum lawful rate.

### 5. Intellectual Property

Each Party retains ownership of its intellectual property, including consumer data generated. Leads remain property of Alvarado, licensed to HIK for permitted use.

### 6. Confidentiality

The Parties shall keep Confidential Information secret and use it only to perform this Agreement. Confidentiality obligations survive termination for five (5) years.

### 7. Term and Termination

This Agreement remains effective until terminated by either Party upon thirty (30) days written notice, or immediately for material breach.

### 8. Indemnification

Each Party agrees to indemnify and hold harmless the other from losses arising from breach of this Agreement or violations of law. Alvarado specifically indemnifies HIK for violations of TCPA or misrepresentations in lead generation.

### 9. Disclaimer; Limitation of Liability

Deliverables are provided 'as is.' Except for indemnification obligations, neither Party shall be liable for indirect, incidental, or consequential damages. Aggregate liability shall not exceed the fees paid under the applicable IO in the prior three (3) months.

## Alvarado Marketing Group, Inc.
## Advertiser Agreement

### 10. Miscellaneous

This Agreement shall be governed by Texas law, with venue in Tarrant County, Texas. Parties are independent contractors. This Agreement, including IOs and Addenda, constitutes the entire agreement.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

**HIK**

*Ygnacio Subia*
Signature

VP Of Sales Operations
Title

11/01/2024
Date

**Alvarado**

*[signature]*
Signature

President
Title

11/1/2024
Date