| Timestamp | Vertical | Fname | Lname | City | State | Zipcode | Phone | Email | Jornaya ID | IP Address |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2024 22:43 | Health Insurance | Montoying | Carter | Davenport | IA | 52803 | 563 | | | D0A7 |

HIK 000024