**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MONTWAIN CARTER, on behalf of himself and others similarly situated, | : : : : | CIVIL ACTION FILE NO. 3:25-cv-00005-SHL-WPK |
| Plaintiff, | : : | |
| v. | : : | **JURY TRIAL DEMANDED** |
| HEALTH INSURANCE KING AGENCY, LLC | : : : | |
| Defendant. | : : / | |

**[PROPOSED ORDER GRANTING] MOTION**
**TO COMPEL HEALTH INSURANCE KING AGENCY, LLC**
**TO PROVIDE DISCOVERY RESPONSES, FOR SANCTIONS,**
**AND FOR EXTENSION**

AND NOW, this _____ day of _____, 202___, upon consideration of the Plaintiff's Motion to Compel, for Sanctions, and for Extension, this Court does hereby ORDER, DECREE, and ADJUDGE:

- Defendant is ordered to produce responses, without objection, to Request for Production No. 11, no later than _____.

- Plaintiff has demonstrated that sanctions under Rule 37 are warranted, owing to the Court's prior order and Defendant's conduct on the meet and confer call.

- Counsel for Plaintiff shall file a bill of costs outlining the final attorneys' fees and costs surrounding the Plaintiff's motion.

1

2

- After notice and an opportunity to be heard on such fees and costs, Defendant, jointly and severally with counsel, Nicholas Reisch, is ordered to pay the sanctions as outlined in Plaintiff's subsequent bill of costs directly to counsel for Plaintiff within 30 days.
- Plaintiff is given an extension of thirty days from the date of production to evaluate the evidence produced and file an Amended Complaint if Plaintiff desires.

_____

J.