**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | | |
|---|---|---|
| MONTWAIN CARTER, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 3:25-cv-00005-SHL-WPK |
| Plaintiff, | : : | |
| v. | : : | **JURY TRIAL DEMANDED** |
| HEALTH INSURANCE KING AGENCY, LLC | : : : | |
| Defendant. | : : | |

**DECLARATION OF ANDREW ROMAN PERRONG
IN SUPPORT OF SECOND MOTION TO COMPEL
HEALTH INSURANCE KING AGENCY, LLC
TO PROVIDE DISCOVERY RESPONSES
AND FOR EXTENSION**

1. My name is Andrew Roman Perrong. I am over 18 years old. I can testify competently to the undersigned statements.

2. I am counsel for Plaintiff Montwain Carter in the above-captioned Action.

3. I make this declaration in support of Plaintiff's reply to Plaintiff's Motion to Compel. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4. I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania and the State of Oregon, I am over 18 years of age, and I am competent to testify and make this Declaration on personal knowledge. I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA.

5. I am the owner of Perrong Law LLC, my law firm.

1

6. As part of my meet and confer conversations with Attorney Reisch, I recorded the portion of our meet and confer call immediately after Mr. Reisch used profanity with me, because I was shocked that Mr. Reisch would use such language with me, specifically, that he stated that he did not know "why this was a big f****ng deal" and that the Plaintiff himself was "f****ng lying."

7. When I reiterated Mr. Reisch's words to him, the transcript attached herein does reflect that Mr. Reisch stated "Yes," when I asked him if that was his position, that Mr. Carter was "f****ng lying."

8. When asked if I should state that this was Mr. Reisch's position to the Court and include the recording therein, Mr. Reisch further stated, "Yes."

9. At that point, because of Mr. Reisch's unprofessionalism and repeated use of profanity and continued persistence in the same positions, I stated that the parties were at an impasse and terminated the call.

10. I have retrieved a copy of that call recording from my telephone, for which I am custodian, and reviewed that recording. I can provide the recording to the Court upon request. It accurately reflects my own recollection of the call, starting at the point at which I initiated the recording, after Mr. Reisch used the profanity multiple times with me.

11. I have also arranged for a transcript of the call recording to be made, which is attached herein to this Declaration as an exhibit. The transcript accurately reflects both my own recollection of the call as well as the recording I obtained and reviewed.

12. Thus, it is manifestly false that Mr. Reisch did not use profanity with me, as quoted above, during the subject meet and confer call, and it is also manifestly false that my description of Mr. Reisch's conduct misrepresented what occurred or was colorful.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

       **Executed this 3nd day of November, in the United States of America,**

       _____

             **Andrew Roman Perrong**

This transcript was exported on Nov 04, 2025 - view latest version here.

Nicholas Reisch (00:00):
Dude, your client's lying. He, he claims that he knows [inaudible 00:00:03].

Andrew Perrong (00:03):
So my client's ... hold on. So my client's effing lying.

Nicholas Reisch (00:06):
Yes.

Andrew Perrong (00:07):
Let, let me make sure that I have this, so that I can put this in, in communication with the court. That my-

Nicholas Reisch (00:11):
Okay, yes. Go ahead, yes.

Andrew Perrong (00:12):
Your position is my client is effing lying and that this is a big effing deal. Okay, so you know what? Our meeting confer is over.

Nicholas Reisch (00:18):
I'm done.

Andrew Perrong (00:18):
We're in an impasse. We're, we're going to, we're going to move for judicial intervention.

Nicholas Reisch (00:23):
Oh, oh, yeah. That is not [inaudible 00:00:24]

Andrew Perrong (00:23):
Thank you very much. You have a wonderful day.