**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| MONTWAIN CARTER, on behalf of himself and others similarly situated, : | |
| : | CIVIL ACTION FILE NO. |
| : | 3:25-cv-00005-SHL-WPK |
| Plaintiff, : | |
| : | |
| v. : | **JURY TRIAL DEMANDED** |
| : | |
| HEALTH INSURANCE KING AGENCY, LLC : | |
| : | |
| Defendant. : | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's Order dated April 8, 2025 (ECF No. 23), the parties submit the following status report in advance of the Status Conference scheduled for January 13, 2026, at 10:00 a.m. The parties anticipate that the status conference will not take longer than 30 minutes. The parties do not request a court reporter for the status conference.

The parties respectfully bring the following matters to the Court's attention:

- The parties have conferred and jointly request modification of the deadlines set forth in the Court's Scheduling and Trial Setting Order dated April 10, 2025 (ECF No. 22). The parties request additional time due to the granting of time to account for the potential addition of parties, specifically Health Choice Now and/or Alvarado Marketing Group.

The parties propose the following modified schedule:

| Current Deadline | Proposed Deadline |
|---|---|
| **June 30, 2025 (Monday)**<br>Motions to amend pleadings | **30 Days After Production, Per Court Order (ECF 37)**<br>Motions to amend pleadings |
| **July 30, 2025 (Wednesday)**<br>Plaintiff expert designations | **March 16, 2026**<br>Plaintiff expert designations |
| **September 29, 2025 (Monday)**<br>Defendant expert designations | **April 23, 2026**<br>Defendant expert designations |

1

| | |
|---|---|
| **October 30, 2025 (Thursday)**<br>Plaintiff rebuttal expert designations | **May 8, 2026**<br>Plaintiff rebuttal expert designations |
| **January 23, 2026 (Friday)**<br>Discovery completion | **May 22, 2026 (Friday)**<br>Discovery completion |
| **January 30, 2026 (Friday)**<br>Dispositive motions deadline | **May 29, 2026 (Friday)**<br>Dispositive motions deadline |
| **June 26, 2026 (Friday)**<br>Final Pretrial Conference | **October 23, 2026 (Friday)**<br>Final Pretrial Conference |
| **July 13, 2026 (Monday)**<br>Jury Trial | **November 9, 2026 (Monday)**<br>Jury Trial |

Based on the foregoing, the parties are not currently able to meet the deadlines set by the Court's Scheduling Order due to the anticipated need to add additional parties following production of responsive documents, including continued production of calling records from various third parties, including in possession of the parties to be added. Currently, the Plaintiff is in possession of certain calling records only. Once the Plaintiff has obtained additional production of calling records from various third parties, the Plaintiff will promptly provide these records to his expert for expert analysis.

The parties request that the Court maintain the scheduled Status Conference to address the pending Motion to Compel and the proposed modification of the scheduling deadlines.

RESPECTFULLY SUBMITTED AND DATED this January 9, 2026.

        */s/ Anthony Paronich*
        Anthony Paronich
        Email:  anthony@paronichlaw.com
        PARONICH LAW, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        Telephone:  (617) 485-0018
        Facsimile:  (508) 318-8100

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com
>
>*Attorneys for Plaintiff and the Proposed Class*
>
>*/s/ Nicholas J. Reisch*
>Nicholas J. Reisch
>(Admitted *Pro Hac Vice*)
>State Bar No. 24046699
>nreisch@spencerfane.com
>3040 Post Oak Blvd., Suite 1400
>Houston, Texas 77056
>Telephone: (713) 552-1234
>Facsimile: (713) 963-0859
>
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

We hereby certify that on January 9, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties who have appeared by operation of the court's electronic filing system.

>*/s/ Anthony Paronich*
>Anthony Paronich
>
>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong