**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MONTWAIN CARTER, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | 3:25-cv-00005-SHL-WPK |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| HEALTH INSURANCE KING AGENCY, LLC | : | |
| | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED ORDER GRANTING]**
**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Motion is GRANTED. Plaintiff shall file the proposed Amended Complaint as the operative complaint in this matter within five days.

IT IS SO ORDERED.

*BY THE COURT:*

_____, J.