# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | | |
|---|---|---|
| MONTWAIN CARTER, on behalf of himself and others similarly situated, | : : : : | CIVIL ACTION FILE NO. 3:25-cv-00005-SHL-WPK |
| Plaintiff, | : : | |
| v. | : : | **JURY TRIAL DEMANDED** |
| HEALTH INSURANCE KING AGENCY, LLC | : : : | |
| Defendant. | : : | |

## SUPPLEMENT TO
## MOTION AND BRIEF IN SUPPORT OF MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Local Rule 7(k), counsel for Plaintiff corresponded with counsel for Defendant Health Insurance King Agency, LLC, who indicated that Plaintiff's Motion for Leave to File Amended Complaint is unopposed.

RESPECTFULLY SUBMITTED AND DATED this 25th day of February, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## **CERTIFICATE OF SERVICE**

     I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: February 25, 2026

                                            */s/ Andrew Roman Perrong*
                                            Andrew Roman Perrong, Esq.
                                            PA Bar #333687
                                            Perrong Law LLC
                                            2657 Mount Carmel Avenue
                                            Glenside, Pennsylvania 19038
                                            Phone: 215-225-5529 (CALL-LAW)
                                            Facsimile: 888-329-0305
                                            a@perronglaw.com