IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| **MONTWAIN CARTER,** individual and on behalf of all other similarly situated<br><br>   Plaintiff,<br><br>v<br><br>**HEALTH INSURANCE KING AGENCY, LLC**<br><br>   Defendant. | **NO. 3:25-cv-00005-SHL-WPK** |

**AGREED MOTION TO EXTEND ANSWER DEADLINE**

### I.   INTRODUCTION

Defendant Health Insurance King, LLC requests that the Court extend the deadline for it to file an answer to Plaintiff's First Amended Complaint to April 28, 2026 under Federal Rule of Civil Procedure 15(a)(3).

The deadline to respond to Plaintiff's first amended complaint is 14 days unless the Court orders otherwise. Fed. R. Civ. P. 15(a)(3).

Plaintiff and Defendant agree that it will streamline matters in this case if the deadlines for all defendants, old and new, are synced. One of the new defendants, Health Choice Now, agreed to waive service, making its answer deadline April 28, 2026. In addition, the undersigned counsel for Health Insurance King has been retained to also represent Alvarado Marketing, the other new defendant added in the First Amended Complaint.

Defendant's counsel conferred with Plaintiff regarding extending its answer deadline to match Alvarado King and Plaintiff agreed to do

**Page 1**

so if that new deadline was April 28, 2026 so that the answer deadlines for all Defendants would be identical.

## II.   CONCLUSION AND PRAYER

For the above reasons, Defendant Health Insurance King requests that the Court grant its agreed motion to extend its answer deadline until April 28, 2026.

Respectfully submitted,

**SPENCER FANE LLP**

By:   /s/ Nicholas J. Reisch
Brian W. Zimmerman
(Admitted *Pro Hac Vice*)
State Bar No. 00788746
bzimmerman@spencerfane.co
Nicholas J. Reisch
(Admitted *Pro Hac Vice*)
State Bar No. 24046699
nreisch@spencerfane.com
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Telephone:   (713) 552-1234
Facsimile:   (713) 963-0859

Tara E. Holterhaus, AT0013780
13815 FNB Parkway, Suite 200
Omaha, NE 68154
Phone: (402) 501-6770
tholterhaus@spencerfane.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, states that he caused the foregoing to be served upon all counsel of record on March 10, 2026:

| | |
|---|---|
| Eric Steven Mail<br>Eric David Puryear<br>PURYEAR LAW PC<br>3719 Bridge Avenue, Suite 6<br>Davenport, IA 52807<br>eric@puryearlaw.com<br>mail@puryearlaw.com | Anthony Paronich<br>PARONICH LAW PC<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>anthony@paronichlaw.com<br><br>Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, Pennsylvania 19038<br>a@perronglaw.com |

   */s/ Nicholas J. Reisch*
    Nicholas J. Reisch