# EXHIBIT A

| EMAIL | IP_ADDR | CREATED_AT | DOMAIN | USER_AGENT |
|---|---|---|---|---|
| montwaincarter4@gmail.com | 152.117.107.52 | 2022-02-09 18:39:27.061 | win.click2win4life.com/api/user?site_id=43&LPGID=216 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.87 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 2607:fb90:9952:8372:a7b2:f4be:af9d:ebc0 | 2022-03-17 18:30:39.157 | win.click2win4life.com/api/user?site_id=43&LPGID=216 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.101 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 136.22.132.71 | 2022-03-17 20:48:37.953 | win.click2win4life.com/api/user?site_id=43&LPGID=216 | Mozilla/5.0 (Linux; Android 8.0.0; Pixel 2 XL Build/OPD1.170816.004) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3765.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 72.240.108.36 | 2022-03-17 20:52:33.217 | win.click2win4life.com/api/user?site_id=43&LPGID=216 | Mozilla/5.0 (Linux; Android 12; SAMSUNG SM-G781U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/16.0 Chrome/92.0.4515.166 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.52 | 2022-03-28 14:47:43.716 | claim.theclassactionguide.com/api/user?site_id=61 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.73 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-05-26 18:22:57.604 | help.unemploymentbenefitsguide.com/api/user?site_id=91&lpgid=313 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.61 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 199.59.103.134 | 2022-05-26 23:24:35.628 | win.bestdayeversweeps.com/api/user?site_id=43 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.127 Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-05-28 15:00:02.202 | help.unemploymentbenefitsguide.com/api/user?site_id=91&lpgid=313 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.59 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-05-28 15:01:40.517 | claim.foundmoneyguide.com/api/user?site_id=56 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.59 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-05-28 20:33:57.137 | win.click2win4life.com/api/user?site_id=43&LPGID=216 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.59 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-06-05 14:49:04.546 | go.thepersonalfinancialguide.com/api/user?site_id=33&LPGID=259 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.78 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-06-05 14:50:36.050 | go.thepersonalfinancialguide.com/api/user?site_id=33 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.78 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-06-05 19:02:02.174 | claim.foundmoneyguide.com/api/user?site_id=56 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.78 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 72.36.125.229 | 2022-06-05 19:46:22.903 | claim.foundmoneyguide.com/api/user?site_id=56 | Mozilla/5.0 (Linux; Android 12; SM-G975U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.127 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-06-07 14:52:05.452 | go.thefreedailyraffle.com/api/user?site_id=43&LPGID=153 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.78 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-06-10 16:01:59.535 | go.thepersonalfinancialguide.com/api/user?site_id=33 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.98 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-06-14 20:38:48.297 | win.click2win4life.com/api/user?site_id=43&LPGID=216 | Mozilla/5.0 (Linux; Android 9; moto g(7) play) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-07-19 20:30:36.462 | win.click2win4life.com/api/user?site_id=43&LPGID=216 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-08-12 20:12:34.231 | claim.foundmoneyguide.com/api/user?site_id=56 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/104.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.107.3 | 2022-10-30 17:56:20.799 | deals.thefreesamplehelper.com/api/user?site_id=45&lpgid=126 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.21 | 2022-11-05 15:01:05.937 | go.topcreditcardfinder.com/api/user?site_id=93 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.21 | 2022-12-06 14:14:13.847 | win.omgsweeps.info/api/user?site_id=43&LPGID=164 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.21 | 2023-01-25 22:29:53.486 | claim.theclassactionguide.com/api/user?site_id=61&LPGID=258 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.21 | 2023-03-12 12:42:54.214 | win.omgsweeps.info/api/user?site_id=43&LPGID=164 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.21 | 2023-03-18 12:18:38.434 | win.click2win4life.com/api/user?site_id=43&LPGID=216 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.21 | 2023-03-19 15:23:18.779 | win.bestdayeversweeps.com/api/user?site_id=43&LPGID=455 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.21 | 2023-03-19 15:24:00.123 | deals.thefreesamplehelper.com/api/user?site_id=45&lpgid=126 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.21 | 2023-03-20 17:07:57.792 | win.click2win4life.com/api/user?site_id=43&LPGID=216 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.21 | 2023-03-27 15:11:27.245 | claim.foundmoneyguide.com/api/user?site_id=56 | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.21 | 2023-04-29 13:53:25.242 | find.usaassistanceguide.com/api/user?site_id=91&lpgid=349 | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 174.240.253.44 | 2023-04-29 16:19:24.624 | claim.foundmoneyguide.com/api/user?site_id=56 | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 152.117.105.30 | 2023-05-27 11:39:10.464 | win.click2win4life.com/api/user?site_id=43&LPGID=216 | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 208.38.230.113 | 2023-09-19 14:43:01.483 | go.creditguideusa.com/api/user?site_id=93&LPGID=409 | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 208.38.230.113 | 2023-10-07 15:17:44.651 | help.unemploymentbenefitsguide.com/api/user?site_id=91&lpgid=458 | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 208.38.229.225 | 2024-10-02 16:21:45.551 | go.thepersonalfinancialguide.com/api/user?site_id=33 | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 208.38.229.225 | 2024-10-05 14:06:19.931 | go.topcreditcardfinder.com/api/user?site_id=93 | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 208.38.229.225 | 2024-10-08 13:33:30.206 | go.topcreditcardfinder.com/api/user?site_id=93 | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.0.0 Mobile Safari/537.36 |
| montwaincarter4@gmail.com | 2600:1008:b1a6:83d7:0:51:828b:7a01 | 2025-05-29 16:27:30.140 | go.topcreditcardfinder.com/api/user?site_id=93&LPGID=452 | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36 |