# EXHIBIT C





# The Basics

## THECLASSACTIONGUIDE.COM™ TERMS & CONDITIONS

Welcome to our website, located at www.TheClassActionGuide.com (the "Website"). The Website is an Internet property of C4R Media Corp ("Company," "we," "our" or "us"). You agree to comply with and be bound by the following TheClassActionGuide™ Terms and Conditions (the "Terms and Conditions") when you: (a) access the Website; and/or (b) registers on the Website which enables you to access: (i) the Website's viewable text,

Page 1 of 13

graphics and other material (collectively, "Content"); and (ii) an array of links to various government benefit programs, governmental entities, governmental services and third party advertiser products and/or services (collectively, "Links," and together with the Website and Content, the TheClassActionGuide™ Offerings"). The Terms are inclusive of the TheClassActionGuide™ Privacy Policy and any other operating rules, policies, price schedules and/or other supplemental terms and conditions or documents expressly incorporated herein by reference and/or published from time to time (collectively, the "Agreement"). Please review the following terms of the Agreement carefully. PLEASE NOTE THAT THIS AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES, LIMITATIONS OF LIABILITY, A CLASS-ACTION WAIVER, AND THE REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS. THESE PROVISIONS ARE AN ESSENTIAL BASIS OF OUR AGREEMENT. **If you do not consent to the Agreement in its entirety, you are not authorized to use the TheClassActionGuide™ Offerings in any manner or form.**

**PLEASE BE ADVISED THAT COMPANY IS NOT ENGAGED IN RENDERING GUIDANCE AND ADVICE IN CONNECTION WITH TAX MATTERS AND/OR OBTAINING ANY GOVERNMENT BENEFITS, AND NOTHING WE DO AND NO ELEMENT OF THE THECLASSACTIONGUIDE™ OFFERINGS SHOULD BE CONSTRUED AS SUCH.  COMPANY DOES NOT ENDORSE, SUPPORT OR CONFIRM THE VALIDITY OF THE INFORMATION OR ADVICE MADE AVAILABLE BY AND THROUGH THE LINKS AND/OR THECLASSACTIONGUIDE™ OFFERINGS, NOR DOES EASY COMPANY REPRESENT OR WARRANT THAT SUCH INFORMATION OR CONSTITUENT ADVICE IS ACCURATE, COMPLETE OR APPROPRIATE. COMPANY ASSUMES NO OBLIGATION AND INCURS NO LIABILITY IN CONNECTION WITH YOUR USE OF AND/OR RELIANCE UPON ANY SUCH INFORMATION. THECLASSACTIONGUIDE™ OFFERINGS ARE FOR EDUCATIONAL AND INFORMATIONAL PURPOSES ONLY. CHECK WITH YOUR ACCOUNTANT, LAWYER AND/OR OTHER PROFESSIONAL ADVISORS BEFORE ACTING ON**

ANY INFORMATION PROVIDED BY AND THROUGH THE LINKS AND/OR THECLASSACTIONGUIDE™ OFFERINGS.

COMPANY IS IN NO WAY AFFILIATED WITH, ENDORSED OR SPONSORED BY THE FEDERAL GOVERNMENT, ANY OTHER GOVERNMENTAL BODY OR ANY PRIVATE ENTITY OFFERING SIMILAR BENEFITS.  COMPANY DOES NOT ITSELF PROVIDE ANY GOVERNMENT BENEFITS OR THIRD PARTY PRODUCTS AND/OR SERVICES, AND THE ULTIMATE TERMS AND CONDITIONS OF ANY BENEFITS PROVIDED BY ANY GOVERNMENTAL BODY, OR PRODUCTS PROVIDED BY ANY PRITVATE ENTITY, WILL BE DETERMINED BY THAT BODY/ENTITY, AS APPLICABLE.

ACCEPTANCE OF AGREEMENT/MODIFICATION OF AGREEMENT:

You agree to the terms and conditions outlined in the Agreement with respect to your use of the TheClassActionGuide™ Offerings. The Agreement constitutes the entire and only agreement between you and Company with respect to your use of the TheClassActionGuide™ Offerings, and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to the TheClassActionGuide™ Offerings. We may amend the Agreement from time to time in our sole discretion, without specific notice to you; *provided, however,* that any amendment or modification to the arbitration provisions, prohibition on class action provisions or any other provisions applicable to dispute resolution (collectively, "Dispute Resolution Provisions") shall not apply to any disputes incurred prior to the applicable amendment or modification. The latest Agreement will be posted on the Website, and you should review the Agreement in its entirety prior to using the TheClassActionGuide™ Offerings. By your continued use of the TheClassActionGuide™ Offerings, you hereby agree to all the terms and

conditions contained within the Agreement effective at that time (other than with respect to disputes arising prior to the amendment or modification of the Dispute Resolution Provisions, which shall be governed by the Dispute Resolution Provisions then in effect at the time of the subject dispute). Therefore, you should regularly check this page for updates and/or changes.

REQUIREMENTS:

The TheClassActionGuide™ Offerings are available only to individuals that can enter into legally binding contracts under applicable law. The TheClassActionGuide™ Offerings are not intended for use by individuals under eighteen (18) years of age (or the age of majority in your jurisdiction, if greater than eighteen (18) years of age). If you are under eighteen (18) years of age (or the age of majority in your jurisdiction, if greater than eighteen (18) years of age), you do not have permission to use and/or access the TheClassActionGuide™ Offerings. The TheClassActionGuide™ Offerings are intended for U.S. residents only. Canadian residents are prohibited from registering on the Website. Any Canadian resident who registers on the Website is doing so in violation of these Terms and Conditions and, as a result, will be deemed to have waived any rights that she/he may have to assert any claims against the Website, the Company or any of its officers or owners, arising from her/his use of the TheClassActionGuide™ Offerings.

DESCRIPTION OF THE THECLASSACTIONGUIDE™ OFFERINGS:

Subject to the terms and conditions of the Agreement, by registering on the Website, and receiving approval from Company, you can obtain, or attempt to obtain, access to the Links and Content. The Links and Content will enable you to access various web venues operated by governmental entities, as well as third party advertisers, which may enable you to apply

for governmental benefits and/or third party products and/or services. **COMPANY IS IN NO WAY AFFILIATED WITH, ENDORSED OR SPONSORED BY THE FEDERAL GOVERNMENT, ANY OTHER GOVERNMENTAL BODY OR ANY PRIVATE ENTITY OFFERING SIMILAR BENEFITS.  COMPANY DOES NOT ITSELF PROVIDE ANY GOVERNMENT BENEFITS OR THIRD PARTY PRODUCTS AND/OR SERVICES, AND THE ULTIMATE TERMS AND CONDITIONS OF ANY BENEFITS PROVIDED BY ANY GOVERNMENTAL BODY, OR PRODUCTS PROVIDED BY ANY PRITVATE ENTITY, WILL BE DETERMINED BY THAT BODY/ENTITY, AS APPLICABLE.**

Unless explicitly stated otherwise, any future offer(s) made available to you on the Website that augment(s), or otherwise enhance(s), the current features of the Website shall be subject to the Agreement. You understand and agree that Company is not responsible or liable in any manner whatsoever for your inability to use the TheClassActionGuide™ Offerings, Links and/or any associated functionality. You understand and agree that Company shall not be liable to you or any third party for any modification, suspension or discontinuation of the TheClassActionGuide™ Offerings and/or Links.

REGISTRATION/ACCOUNT:

To register for the Website, you must complete and submit the online registration form. The information you must supply may include, but is not limited to: (a) your email address (where available); and (b) any other information requested on the applicable registration form (collectively, "Registration Data"). You agree to provide true, accurate, current and complete Registration Data during registration and also agree to update your Registration Data as necessary to maintain it in an up to date and accurate fashion.

END-USER INFORMATION:

All comments, information, Registration Data and/or materials that you submit through or in association with the TheClassActionGuide™ Offerings shall be subject to the TheClassActionGuide™ Privacy Policy. For a copy of the TheClassActionGuide™ Privacy Policy, please Click Here.

LICENSE GRANT:

As a user of the Website, you are granted a non-exclusive, non-transferable, revocable and limited license to access and use the Website, TheClassActionGuide™ Offerings and associated Content in accordance with the Agreement. Company may terminate this license at any time for any reason. You may use the TheClassActionGuide™ Offerings on one computer for your own personal, non-commercial use. No part of the TheClassActionGuide™ Offerings may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. You may not use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the TheClassActionGuide™ Offerings, Content or any portion thereof. Systematic retrieval of Content or material associated with the TheClassActionGuide™ Offerings by automated means or any other form of scraping or data extraction in order to create or compile, directly or indirectly, a collection, compilation, database or directory without written permission from Company is prohibited. Company reserves any rights not explicitly granted in the Agreement. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of the TheClassActionGuide™ Offerings. You may not take any action that imposes an unreasonable or disproportionately large load on Company infrastructure.

PROPRIETARY RIGHTS:

The Content, organization, graphics, design, compilation, magnetic translation, digital conversion, software, services and other matters

associated with the TheClassActionGuide™ Offerings, are protected under applicable copyrights, trademarks and other proprietary (including, but not limited to, intellectual property) rights. The copying, redistribution or publication by you of any part of the TheClassActionGuide™ Offerings is strictly prohibited. You do not acquire ownership rights, other than those rights that you may already have, to any content, document, software, services or other materials viewed at or through the TheClassActionGuide™ Offerings. The posting of information or material by and through the TheClassActionGuide™ Offerings by Company does not constitute a waiver of any right in such information and materials.

EDITING, DELETION & MODIFICATION:

We reserve the right in our sole discretion to edit and/or delete any documents, information or other content appearing on the Website and or otherwise by and through theTheClassActionGuide™ Offerings.

INDEMNIFICATION:

You agree to release, indemnify and hold Company, its parents, subsidiaries and affiliates, and each of their respective members, officers, directors, employees, agents, co-branders and/or other partners, harmless from and against any and all claims, expenses (including reasonable attorneys' fees, costs and settlement costs), damages, suits, costs, demands and/or judgments whatsoever, made by any third party due to or arising out of: (a) your use of the TheClassActionGuide™ Offerings; (b) your breach of the Agreement; and/or (c) your violation of any rights of another individual and/or entity. The provisions of this paragraph are for the benefit of Company, its parent, subsidiaries and/or affiliates, and each of their respective officers, directors, employees, agents, shareholders, licensors, suppliers and/or attorneys. Each of these individuals and entities shall have the right to assert and enforce these provisions directly against you on its own behalf.

DISCLAIMER OF WARRANTIES:

THE THECLASSACTIONGUIDE™ OFFERINGS ARE PROVIDED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW (INCLUDING, BUT NOT LIMITED TO, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, COMPANY MAKES NO WARRANTY THAT: (A) THE THECLASSACTIONGUIDE™ OFFERINGS WILL MEET YOUR REQUIREMENTS: (B)THECLASSACTIONGUIDE™ OFFERINGS WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE; (C) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE THECLASSACTIONGUIDE™ OFFERINGS WILL BE ACCURATE OR RELIABLE: OR (D) THAT YOU WILL OBTAIN ANY GOVERNMENTAL BENEFIT OR REALIZE ANY OTHER ECONOMIC GAIN OR BENEFIT. THECLASSACTIONGUIDE™ OFFERINGS MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. WE WILL NOT BE LIABLE FOR THE AVAILABILITY OF THE UNDERLYING INTERNET CONNECTION ASSOCIATED WITH THE WEBSITE. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM COMPANY OR THROUGH OR FROM THECLASSACTIONGUIDE™ OFFERINGS SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE AGREEMENT.

LIMITATION OF LIABILITY:

YOU EXPRESSLY UNDERSTAND AND AGREE THAT COMPANY SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL AND/OR EXEMPLARY DAMAGES INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), TO THE

FULLEST EXTENT PERMISSIBLE BY LAW FOR: (A) THE USE OR THE INABILITY TO USE THECLASSACTIONGUIDE™ OFFERINGS AND/OR ANY OTHER COMPANY PRODUCT AND/OR SERVICE THAT MAY BE OFFERED VIA THE WEBSITE; (B) ANY MATTER RELATING TO ANY LINKS THAT MAY BE AVAILABLE VIA THE WEBSITE; (C) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY PROBLEM(S) WITH THE GOODS, DATA, INFORMATION AND/OR SERVICES PURCHASED OR OBTAINED FROM THE WEBSITE, OR TRANSACTIONS ENTERED INTO, THROUGH OR FROM THE WEBSITE; (D) THE UNAUTHORIZED ACCESS TO, OR ALTERATION OF, YOUR REGISTRATION DATA; (E) THE FAILURE TO OBTAIN ANY GOVERNMENTAL BENEFIT OR REALIZE ANY OTHER ECONOMIC GAIN OR BENEFIT; OR (F) THE THECLASSACTIONGUIDE™ OFFERINGS AND/OR ANY OTHER MATTER RELATING TO THE OTHER PRODUCTS AND/OR SERVICES THAT MAY BE MADE AVAILABLE ON THE WEBSITE AND/OR THE WEBSITE ITSELF. THIS LIMITATION APPLIES TO ALL CAUSES OF ACTION, IN THE AGGREGATE INCLUDING, BUT NOT LIMITED TO, BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, STRICT LIABILITY, MISREPRESENTATIONS, AND ANY AND ALL OTHER TORTS. YOU HEREBY RELEASE COMPANY FROM ANY AND ALL OBLIGATIONS, LIABILITIES, AND CLAIMS IN EXCESS OF THE LIMITATIONS STATED HEREUNDER. IF APPLICABLE LAW DOES NOT PERMIT SUCH LIMITATIONS, THE MAXIMUM LIABILITY OF COMPANY TO YOU UNDER ANY AND ALL CIRCUMSTANCES WILL BE FIVE HUNDRED DOLLARS ($500). YOU HEREBY RELEASE COMPANY FROM ANY AND ALL OBLIGATIONS, LIABILITIES AND CLAIMS IN EXCESS OF THE LIMITATIONS SET FORTH IN THIS SECTION. THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN YOU AND COMPANY. THE THECLASSACTIONGUIDE™ OFFERINGS WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS.

THIRD-PARTY WEBSITES:

The TheClassActionGuide™ Offerings may provide, third parties may provide and/or refer you to, links to other Internet websites and/or resources including, without limitation, the Links. Because Company has no control over such third party websites and/or resources, you hereby acknowledge and agree that Company is not responsible for the availability of such third party websites and/or resources. Furthermore, Company does not endorse, and is not responsible or liable for, any terms and conditions, privacy policies, content, advertising, services, products and/or other materials at or available from such third party websites or resources, or for any damages and/or losses arising therefrom.

LEGAL WARNING:

Any attempt by any individual, whether or not a Company registered user, to damage, destroy, tamper with, vandalize and/or otherwise interfere with the operation of the TheClassActionGuide™ Offerings is a violation of criminal and civil law and Company will diligently pursue any and all remedies in this regard against any offending individual or entity to the fullest extent permissible by law and in equity.

DISPUTE RESOLUTION PROVISIONS:

The Agreement shall be treated as though it were executed and performed in New York, New York and shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles).  **Should a dispute arise concerning the TheClassActionGuide™ Offerings, the terms and conditions of the Agreement or the breach of same by any party hereto: (a) the parties agree to submit their dispute for resolution by arbitration before a reputable arbitration organization as mutually agreed upon by the parties in New York, New York, in accordance with the then-current Commercial Arbitration rules of the American Arbitration Association; and (b) you agree to first commence a formal dispute proceeding by**

completing and submitting an Initial Dispute Notice to us which can be found here. We may choose to provide you with a final written settlement offer after receiving your Initial Dispute Notice ("Final Settlement Offer").   If we provide you with a Final Settlement Offer and you do not accept it, or we cannot otherwise satisfactorily resolve your dispute, you can submit your dispute for resolution by arbitration before a reputable arbitration organization as mutually agreed upon by the parties, in your county of residence, by filing a separate Demand for Arbitration, which is also available on the Website, here. The parties agree that the arbitrator shall not consolidate more than one person's claims, and shall not otherwise preside over any form of a representative or class proceeding. For claims of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. If the arbitrator awards you relief that is greater than our Final Settlement Offer, then we will pay all filing, administration and arbitrator fees associated with the arbitration and, if you retained an attorney to represent you in connection with the arbitration, we will reimburse any reasonable attorneys' fees that you incurred for investigating, preparing and pursuing the claim in arbitration. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Nothing contained herein shall be construed to preclude any party from: (a) seeking injunctive relief in order to protect its rights pending an outcome in arbitration; and/or (b) pursuing the matter in small claims court rather than arbitration. Although we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we will not seek such an award from you unless the arbitrator determines that your claim was frivolous.

To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit as to any claim, dispute or controversy that you may have against Company and/or its employees,

officers, directors, members, representatives and/or assigns. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs that Company incurs in seeking such relief. This provision preventing you from bringing, joining or participating in class action lawsuits: (i) does not constitute a waiver of any of your rights or remedies to pursue a claim individually and not as a class action in binding arbitration as provided above; and (ii) is an independent agreement.  You may opt-out of these dispute resolution provisions by providing written notice of your decision within thirty (30) days of the date that you first access the Website.

MISCELLANEOUS:

Should any part of the Agreement be held invalid or unenforceable, that portion shall be construed consistent with applicable law and the remaining portions shall remain in full force and effect. The Agreement is personal between you and Company and governs your use of the TheClassActionGuide™ Offerings, superseding any and all prior and/or contemporaneous agreements between you and Company. To the extent that anything in or associated with the TheClassActionGuide™ Offerings is in conflict or inconsistent with the Agreement, the Agreement shall take precedence. Our failure to enforce any provision of the Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. The parties do not intend that any agency or partnership relationship be created through operation of the Agreement.  Company may assign its rights and obligations under the Agreement, in whole or in part, to any party at any time without any notice to you. The Agreement, may not however, be assigned by you, and you may not delegate your duties under them.  Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

CONTACT US:

Case 3:25-cv-00005-SHL-WPK     Document 52-4     Filed 04/28/26     Page

If you have any questions, or to contact us, please email us at: contact@yourclassactionguide.com; or write to us at: TheClassActionGuide, 1314 W. McDermott Dr. Ste 106#129, Allen TX 75013.

Here Are Some Companies That Have Paid Out Millions Of Dollars in Claims:

Progressive Insurance • Red Robin • Radio Shack • RJ Reynolds Tobacco • Ford Motor Company • Sears Roebuck • Verizon Wireless • Family Dollar Stores

The Class Action Guide is not affiliated with any of the listed products, brands, or organizations, nor do any of them endorse or sponsor The Class Action Guide. The Class Action Guide is a resource to help consumers gain access to Class Action Lawsuits and/or Settlements that they may be eligible to participate in. There is no guarantee that people who register on The Class Action Guide will qualify for or otherwise be able to benefit from or participate in any of the lawsuits or settlements included or referenced on this website.

Copyright © 2023 C4R Media Corp. | **Privacy Policy** | **Data Policy** | **Terms & Conditions** | **How It Works**

**Accessible View** | **Do Not Sell or Share My Personal Information** | **Privacy Notice** | **Unsubscribe**