# EXHIBIT D



Home    The Basics    Getting Started    Open Settlements

Mass Tort Litigation    Current News    FAQs    Sign Up

# Privacy Policy

## C4R Media Corp

**This Privacy Policy was last updated: 12/15/2022**

C4R Media Corp appreciates your visiting our website located at: archive.org (the "Site"). This Site is an Internet property of C4R Media Corp. ("Company," "we," "our" or "us"). To better inform you of our privacy practices, we provide this C4R Media Corp Privacy Policy ("Privacy Policy"), explaining our online information collection, storage and use practices, and the choices that you have regarding the way that your personal information is used by us.

Users with disabilities who wish to access this Privacy Policy in an alternative format can contact us by e-mailing us at: calling us at: or sending U.S. Mail to:

You agree to this Privacy Policy, in its entirety, when you

- Access or use our Site;
- Register as an interactive member on the Site ("Commenter");
- Register for our services via co-registration on another website; and/or
- Register as a content producer on the Site ("Contributor").

**If you do not agree to the terms of this Privacy Policy in their entirety, you are not authorized to become a Commenter, Contributor and/or use the Site and/or otherwise use any other offerings in any manner or form whatsoever. Please note, if you are a resident of, or physically located in, the United Kingdom or a European Union Member State, you are not permitted to use the Site, become a Commenter and/or Contributor, and/or otherwise use any other offerings.**

# ANTI-SPAM POLICY

Unsolicited email and messaging are not welcome on our Site. We promptly honor all opt-out/unsubscribe requests, as noted below in the "Opting-Out/Unsubscribe" section of this Privacy Policy. Additionally, you are not authorized to use this Site to send unsolicited messages that advertise on this site in any manner.

## State Specific Privacy Rights

Residents of the States of California and Virginia, as well as businesses organized under the laws of the State of California (collectively, "**Covered Users**") are afforded additional rights pursuant to applicable state law. Please see our "[Privacy Provisions for Covered Users](#)" below for a more complete description of your rights as a Covered User.

# Your California Privacy Rights:

*Shine the Light.* If you are a resident of the State of California and would like to learn how your "personal information" (as defined in the Shine the Light Law, Cal. Civ. Code § 1798.83) is shared with third-parties, what categories of personal information that we have shared with third-parties. Please submit a request to us by using one of the contact methods provided below.

Further, if you are a resident of the State of California and would like to opt-out from the disclosure of your personal information to any third-party for marketing purposes, please contact us by using one of the contact methods provided below.

California Consumer Privacy Act of 2018 ("CCPA"). In addition to the foregoing, if you are a resident of the State of California certain other privacy-related rights may apply to you in accordance with the CCPA, including the right to opt-out of our sale or sharing of your personal information, as well as the right to know what personal information about you we have collected, whether your personal information was shared/sold with/to third-parties in the preceding year and, if so, what categories of personal information were shared/sold, as well as the categories of third parties with whom we shared/sold that personal information. Please see our "[Privacy Provisions for Covered Users](#)" below for a more complete description of your rights under the CCPA as a California resident.

Further, if you are a resident of the State of California and would like to opt-out from the disclosure of your personal information to any third party for

marketing purposes, please contact us by using one of the contact methods provided below.

*The California Privacy Rights Act ("CPRA")*. In addition to the foregoing, if you are a resident of the State of California, certain other privacy-related rights may apply to you in accordance with the CPRA, including the right to correct personal information we have collected about you, the right to opt-out of our use/sharing of your sensitive personal information, the right to know how long we retain your sensitive and non-sensitive personal information, the right to know what sensitive personal information about you we have collected, whether your sensitive personal information was shared with third-parties in the preceding year and, if so, what categories of sensitive personal information were shared, as well as the categories of third parties with whom we shared that sensitive personal information. Please see our "Privacy Provisions for Covered Users" below for a more complete description of your rights under the CPRA as a California State resident.

*Browser "Do Not Track" Signals*. Most browsers contain a "do-not-track" setting. In general, when a "do-not-track" setting is active, the User's browser notifies other websites that the User does not want her/his personal information and online behavior to be tracked and used, for example, for interest-based advertising. As required by California Online Privacy Protection Act ("CalOPPA"), we are required to inform you that, as is the case with most websites, we do not honor or alter our behavior when a Site User has activated the "do-not-track" setting on her/his browser; provided, however, that you may have certain rights with respect to the use of automated technologies to deliver targeted advertising to you, as well as to create profiles of you using your Personally Identifiable Information ("PII") and Non-Personally Identifiable Information ("Non-PII").

## Your Virginia Privacy Rights

If you are a resident of the State of Virginia, certain privacy-related rights may apply to you in accordance with the Virginia Consumer Data Protection Act ("VCDPA"), including the right to opt-out of our sale/sharing of your personal information, as well as the right to know what personal information about you we have collected, whether your personal information was shared with third-parties in the preceding year and, if so, what categories of personal information were shared, as well as the categories of third parties with whom we shared that personal information. Please see our "Privacy Provisions for Covered Users" below for a more complete description of your rights under the VCDPA as a Virginia State resident.

## Your Nevada Privacy Rights

Nevada State residents have the right to submit opt-out requests to website operators instructing those website operators not to sell any "covered information" that the website operators have collected about Nevada State residents to any third-party data broker(s). Covered information includes a consumer's name, postal and email address, telephone number and Social Security Number, and includes the Information described below in the "Personal Information that We Collect" section.

If you are a Nevada State resident and you wish to exercise your right to request that we to stop the sale of your Information to third party data brokers, please contact us by using one of the contact methods provided below. In your request, please specify that you want to exercise your rights to opt-out from the sale of covered information under the Nevada Privacy Law and specify the website that you visited and the email address you registered with. Please allow thirty (30) days for a response.

# **General Privacy Provisions**

## Privacy Policy Quick Links

Below are links to key sections of our Privacy Policy:

[Personally Identifiable Information Collected](#)

[Non-Personally Identifiable Information Collected](#)

[Cookies](#)

[Behavioral Tracking](#)

[Use and Sharing of PII](#)

[Security of Your Personal Information](#)

[Children's Privacy](#)

[Changes to this Privacy Policy](#)

[Deleting, Modifying and Updating Your Information](#)

[Opting-Out/Unsubscribe](#)

[Contact Us](#)

[Privacy Provisions for Covered Users](#)

# Personally Identifiable Information Collected:

Please see our Privacy Provisions for Covered Users below for additional details regarding the categories of personal information collected.

We collect PII when you register or sign up to be a Commenter, Contributor and/or for this company's offerings. PII includes any information that can be used to identify or locate a particular person or entity. The PII that we request in connection with the registration process may include, but is not limited to, your: (a) full name; (b) e-mail address; (c) mailing address; (c) daytime and/or cellular telephone numbers; (d) date of birth; and/or (e) any other information requested on the applicable form. We may also collect your PII when you otherwise agree to the terms of this Privacy Policy, but do not complete the applicable registration process in full.

# Non-Personally Identifiable Information Collected:

Please see our Privacy Provisions for Covered Users below for more details regarding the categories and types of non-personal information collected, as well as certain rights you may have with respect to the use of automated technologies to deliver targeted advertising to you, as well as to create profiles of you using your PII and non-PII.

We may collect certain Non-PII about you when you visit any of the Site's pages, such as the type of browser you are using (e.g., Internet Explorer, Google Chrome), the type of operating system you are using, (e.g., Windows, IOS) and the domain name of your Internet service provider (e.g., Verizon, Time Warner). We use the Non-PII that we collect to improve the design and content of the Site and to enable us to personalize your Internet experience. We also may use this information in the aggregate to analyze Site usage.

# Cookies:

When a user visits the Site, we may send one (1) or more cookies and/or gif files (collectively, "Cookies") to assign an anonymous, unique identifier to the applicable user's computer or other device. A Cookie is a piece of data stored on your hard drive containing non-personally identifiable information about you. Cookies have many benefits to enhance your experience at the Site. To find out more about Cookies, please visit www.cookiecentral.com. We use Cookies to improve the quality of the Site, including for storing user preferences, improving ad selection and tracking

Site-user trends (such as pages opened and length of stay at the Site).

Most Internet browsers are initially set up to accept Cookies, but you can reset your browser to refuse all Cookies or to indicate when a cookie is being sent. To disable and reject certain Cookies, follow the instructions associated with your Internet browser. Even in the case where a user rejects a Cookie, he or she may still use the Site; provided, however, that certain functions of the Site and/or offerings may be impaired or rendered inoperable if the use of Cookies is disabled. We reserve the right to retain Cookie data indefinitely.

## Behavioral Tracking:

We allow third-party companies to collect certain information when users visit our Site. These third party entities may utilize cookies, pixels or other tracking technologies to collect and use both personally identifiable information (e.g., your name, phone number, physical or electronic address) and non-personally identifiable information (e.g., click stream information, browser type, time and date, subject of advertisements clicked or scrolled over) during your visits to the Site and other websites in order to serve you with advertisements about goods and services likely to be of greater interest to you.

In general, users may be able to disable some, but not all, of this tracking activity by utilizing the "Do Not Track" setting or similar options within most major Internet browsers. To learn more about these behavioral advertising practices, and/or to opt-out of this type of advertising where available, you can visit the websites of the Digital Advertising Alliance at www.aboutads.info or Networking Advertising Initiative at www.networkadvertising.org/choices.

## Cross Device Tracking:

We track your use of our offerings across various devices, including your personal computer and mobile device, in order to optimize and personalize your experience. We may collect certain of your PII across various devices.

## Site-Visit Recordation Technology:

We use certain scripts and Site-visit recordation technology provided by third-party service providers, such as those provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") and ActiveProspect, Inc. (including its TrustedForm service). We use these scripts/technologies to record Site

visits and independently document users' consent to be contacted, including that those users have provided their respective "prior express written consent" as required by the TCPA. For more information about the data usage, retention and collection policies and practices of these third-party service providers, please click on the links located below:

- ActiveProspect Trusted Form Script Privacy Policy: https://activeprospect.com/privacy-policy
- Jornaya's Script Privacy Policy: https://www.jornaya.com/consumer-privacy-policy/

## Use and Sharing of PII:

Please see our Privacy Provisions for Covered Users below for details regarding our uses and sharing of personal information.

We use the PII that you supply to personalize your experience with the Site. The PII that you submit to us remains your property, but by submitting that PII you grant us the right, subject to applicable state and federal law, to share, sell, rent, lease or otherwise provide that PII to any third-party for any purpose permitted by law, and we may work with other businesses to bring selected third-party offers to you. These businesses and third parties may include, but are not limited to: (a) providers of direct marketing services and applications, including lookup and reference, data enhancement, suppression and validation; (b) e-mail marketers; (c) telemarketers (where permitted by applicable law); and (d) direct marketers.

You also agree that we may contact you at any time with updates and/or any other information that we may deem appropriate for you to receive in connection with your continued use of the Site and/or other offerings.

We may also employ other companies and individuals to perform certain functions on our behalf. Examples include sending electronic or direct mail, SMS messages, removing duplicate information from user lists, analyzing data and providing marketing analysis. The agents performing these limited functions on our behalf shall have access to our users' PII as needed to perform these functions for us, but we do not permit them to use user PII for other purposes.

We will also use your PII for customer service, to provide you with information that you may request, to customize your experience with the presented offerings and/or to contact you when necessary, in connection with your use of the offerings. We may also use your PII for internal business purposes, such as analyzing and managing our service offerings

including, without limitation, the offerings. We may also combine the information we have gathered about you with information from other sources.

By submitting your PII by and through the offerings, you agree that such act constitutes an inquiry and/or application for purposes of the Amended Telemarketing Sales Rule (16 CFR §310 et seq.), as amended from time to time (the "Rule") and applicable state do-not-call regulations. As such, notwithstanding that your telephone number may be listed on the Federal Trade Commission's Do-Not-Call List, and/or on applicable state do-not-call lists, we retain the right to contact you via telemarketing in accordance with the Rule and applicable state do-not-call regulations.

Where you provide "prior express written consent" within the meaning of the Telephone Consumer Protection Act (47 USC § 227), and its implementing regulations adopted by the Federal Communications Commission (47 CFR § 64.1200), as amended from time-to-time ("TCPA"), you consent to receive telemarketing messages or calls from us, including artificial voice calls, pre-recorded messages and/or SMS text messages delivered via automated technology, to the telephone number(s) that you provided. Furthermore, where you provide prior express written consent, you understand and agree that we may use a third party vendor including, but not limited to, ActiveProspect TrustedForm and/or Jornaya, to record and store your registration and consent for compliance purposes. Please note that you are not required to provide this consent in order to obtain access to the offerings, and your consent simply allows us to contact you via these means. Providing your Prior Express Written Consent is not a condition to purchase any good or service.

*Please be advised that by agreeing to this Privacy Policy, you are obligated to immediately inform us if and when the telephone number that you have previously provided to us changes. Without limiting the foregoing, if you: (i) have your telephone number reassigned to another person or entity; (ii) give up your telephone number so that it is no longer used by you; (iii) port your telephone number to a landline or vice versa; or (iv) otherwise stop using that telephone number for any reason (collectively "Phone Number Change"), you agree that you shall promptly notify US of the Phone Number Change by using one of the methods set forth in the "Contact Us" section below.*

Notwithstanding anything to the contrary in this Privacy Policy, We reserve the right to release current or past PII: (A) in the event that we believe that the Site is being or has been used in violation of our Terms and Conditions, or to otherwise commit unlawful acts; (B) if the information is subpoenaed; provided, however, that, where permitted by applicable law, we shall

provide you with e-mail notice, and opportunity to challenge the subpoena, prior to disclosure of any PII pursuant to a subpoena; or (C) if this company is sold, merged, acquired or the subject of bankruptcy proceedings; provided, however, if it is involved in a bankruptcy proceeding, merger, acquisition or sale of all or a portion of its assets, you will be notified via email and/or a prominent notice on the Site of any change in ownership or uses of your PII, as well as any choices that you may have regarding your PII.

You hereby consent to the disclosure of any record or communication to any third-party when we, in our sole discretion, determine the disclosure to be appropriate including, without limitation, sharing your e-mail address with third parties for suppression purposes in compliance with applicable law, including the CAN-SPAM Act of 2003, as amended from time-to-time. Users should also be aware that courts of equity, such as U.S. Bankruptcy Courts, might have the authority under certain circumstances to permit PII to be shared or transferred to third parties without permission.

## Third Party Links:

The Site may contain links to third-party websites ("Third Party Websites"). Please be aware that we are not responsible for the privacy practices of Third Party Websites. We encourage you to be aware when you leave the Site and to read the privacy policies of each and every website that collects PII. This Privacy Policy applies solely to information collected by the Site.

## Security of Your Personal Information:

All collected information is stored in a technically and physically secure environment. We take precautions to protect PII both online and off-line. Where our registration/application process prompts Users to enter sensitive data (such as credit card information and/or Social Security Number), and when we store and transmit such sensitive data, that information is encrypted with advanced TLS (Transport Layer Security).

Unfortunately, no data transmission over the Internet can be guaranteed to be 100% secure. As a result, while we strive to protect your PII, we cannot ensure or warrant the security of any information that you transmit to us, and you do so at your own risk.

Once we receive your transmission, we make reasonable efforts to ensure its security on our systems. All of our users' information, not just PII, is restricted in our offices. Only employees who need the information to perform a specific job are granted access to PII. Furthermore, access to

this information is strictly limited, and not accessible to the public. Our employees are dedicated to ensuring the security and privacy of all user information. Employees not adhering to our firm policies are subject to disciplinary action.

Please note that any attempt to breach the security of the network, our servers, databases or other hardware or software supporting the Site or other websites under our control constitutes a crime punishable by law. We will turn over to authorities, any and all evidence relating to a potential breach of security or other abuse against our network, servers, databases or other such supporting equipment or software. In compliance with applicable federal and state laws, we shall notify you in the event that we learn of an information security breach with respect to your PII. You will be notified via e-mail in the event of such a breach. Please be advised that notice may be delayed in order to address the needs of law enforcement, determine the scope of network damage, and to engage in remedial measures.

## Children's Privacy:

Please see our Privacy Provisions for Covered Users below for more details regarding the personal information of minors.

We encourage parents and guardians to spend time online with their children and to participate and monitor the interactive activities of their children. We will never knowingly collect any personal information from individuals under eighteen (18) years of age. If we obtain actual knowledge that it has collected personal information of a minor, that information will be immediately deleted from our database.

## Deleting, Modifying and Updating Your Information:

Please see our Privacy Provisions for Covered Users below for instructions on how Covered Users can access and/or delete personal information that we have collected.

At your request, we will inform you of what PII we have on file for you. In addition, at your request, we will modify and/or remove PII that you have provided to us, or that we have collected. You may do so by sending your request via certified mail to the address provided below. We ask individual users to identify themselves and the information requested to be accessed, corrected or removed before processing such requests, and we may decline to process requests that are unreasonably repetitive or systematic,

require disproportionate technical effort, jeopardize the privacy of others or would be extremely impractical (for instance, requests concerning information residing on backup tapes).

Please be advised that, after you delete your PII, residual copies may take a period of time before they are deleted from our active servers and may remain in our backup systems.

## Changes to this Privacy Policy:

We reserve the right to change or update this Privacy Policy at any time in order to maintain compliance with applicable state and federal laws. All Privacy Policy changes will take effect immediately upon their posting on the Site; provided, however, that if the manner in which we use PII changes, we will notify users by: (a) sending the modified policy to our users via email; and/or (b) by any other reasonable means acceptable under applicable state and federal law. You will have a choice as to whether or not we use your PII in this different manner and we will only use your information in this different manner where you opt-in to such use.

## Opting-Out/Unsubscribe:

Please see our Privacy Provisions for Covered Users below for instructions on how Covered Users can opt-out of the sale of their personal information to third parties.

To opt-out of having your PII shared with third parties, please contact us using one of the contact methods provided below. To opt-out of receiving e-mail advertising, SMS text-based marketing (where and to the extent permitted by applicable law), telemarketing and direct mail marketing from us, you can follow the instructions at the end of the applicable marketing message or contact us at the email provided below.

Notwithstanding the foregoing, we may continue to contact you for the purpose of communicating information relating to your use of the Site, as well as to respond to any inquiry or request made by you. To opt-out of receiving Site-related and/or inquiry response-related messages from us, you must cease using the Site and cease submitting inquiries, as applicable.

## Transfer of Personal Information Internationally:

If you are visiting the Site from a country other than the country in which

our servers are located, your communications with us may result in the transfer of information across international boundaries. By visiting the Site and/or otherwise communicating electronically with us, you consent to such transfers. Even if your jurisdiction does not have the same privacy laws as the jurisdiction where our servers are located, we will treat your information as subject to the protections described in this Privacy Policy.

# Contact Us:

If you have any questions regarding this Privacy Policy, or would like more information regarding our privacy practices, please contact us by using one of the contact methods provided below.

## *Privacy Provisions for Covered Users*

These Privacy Provisions for Covered Users ("Provisions") supplement, and do not limit in any way, the Privacy Policy set forth above. These Provisions apply solely to the Covered Users, who are residents of the States of California and Virginia, as well as businesses organized under the laws of the State of California. We adopt these Provisions in compliance with the CCPA, CPRA, and VCDPA (collectively, "Applicable State Laws"). Any terms defined in Applicable State Laws have the same meaning when used in these Provisions. Covered Users with disabilities who wish to access these Provisions in an alternative format can contact us by using one of the contact methods provided below.

# Categories of Information We Collect

We collect information that identifies, relates to, describes, references, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular Covered User or device ("personal information"). In particular, we have collected the following categories of personal information from Covered Users within the last twelve (12) months:

| Category | Examples | Collected |
|---|---|---|
| A. Identifiers. | A real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, telephone number, or other similar identifiers. | YES |
|  | A name, signature, Social Security |  |

| | | |
|---|---|---|
| B. Personal information categories established by Applicable State Laws. | number, physical characteristics or description, postal address, telephone number, passport number, driver's license or State identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card number, or any other financial information, medical information, or health insurance information. Some personal information included in this category may overlap with other categories. | YES |
| C. Protected classification characteristics under Applicable State Laws or federal law. | Age (40 years or older), race, color, ancestry, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, veteran or military status, genetic information (including familial genetic information). | YES |
| F. Internet or other similar network activity. | Browsing history, search history, information on a Covered User's interaction with a website, application or advertisement. | YES |

Personal information does not include:

- Publicly available information from government records.
- De-identified or aggregated Covered User information.
- Information excluded from the scope of Applicable State Law, such as:
  - health or medical information covered by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the California Confidentiality of Medical Information Act (CMIA) or clinical trial data; and
  - personal information covered by certain sector-specific privacy laws, including the Fair Credit Reporting Act (FRCA), the Gramm-Leach-Bliley Act (GLBA) or California Financial Information Privacy Act (FIPA), and the Driver's Privacy Protection Act of 1994.

We obtain the categories of personal information listed above (including (a) full name; (b) e-mail address; (c) mailing address; (c) daytime and/or cellular telephone numbers; and (d) date of birth) from the following categories of sources (with the specific categories of personal information indicated in parenthesis):

- Directly from our Covered Users. For example, from online registration forms that our Covered Users submit to us in connection with our membership services, our sweepstakes and promotions and the other products and/or services that we offer by and through the Site. (Category A, B and C)
- Indirectly from our Covered Users. For example, through information we collect from our Covered Users in the course of providing our products and/or services to them. (Category A, B, C and F)
- Directly and indirectly from activity on the Site. This includes the type of browser that you use (e.g., Safari, Chrome, Internet Explorer), your IP address, the type of operating system that you use (e.g., Windows or iOS) and the domain name of your Internet Service Provider. In addition, we obtain certain Site usage details and analytics as same are collected automatically by us and our third party partners such as Jornaya and ActiveProspect, Inc. (including its TrustedForm service). (Category F)
- From third parties that interact with us in connection with the products and/or services that we offer to our Covered Users. For example, third party entities that assist us in sending electronic or direct mail or telemarketing messages, removing duplicate information from Covered User lists, analyzing data and providing marketing analysis. (Category A, B, C and F)

## Retention of Personal Information and Sensitive Personal Information

We retain all categories of your personal information and sensitive personal information (including the information set forth in the "Personal Information that We Collect" section above) that we collect only as long as permitted by applicable law. We may also use certain criteria to determine whether and when to delete certain categories of collected personal and sensitive personal information including:

- Date of collection.
- Frequency of consumer interaction with us.
- Last interaction the consumer had with us.
- Whether the purpose of collection has been completed.

# Use of Personal Information

We may use or disclose the personal information that we collect (including (a) full name; (b) e-mail address; (c) mailing address; (c) daytime and/or cellular telephone numbers; and (d) date of birth) for one or more of the following business purposes (with the specific categories of personal information indicated in parenthesis):

- To fulfill or meet the reason for which the information is provided. For example, if you provide us with personal information in connection with your registration for our promotions and/or our other products and/or services, we will use that information to process your registration. (Category A, B and C)
- To provide you with information, products or services that you request from us. (Category A, B, C and F)
- To create, maintain, customize and secure your account with us. (Category A, B, C and F)
- To provide you with e-mail, direct mail and telemarketing messages concerning certain Company products and/or services, as well as third-party products and/or services, that we believe may be of interest to you. (Category A, B, C and F)
- To deliver relevant Site content and advertisements to you and measure or understand the effectiveness of the advertising we serve to you. (Category A, B, C and F)
- To carry out our obligations and enforce our rights arising from any contracts entered into between you and us, including the Site's Terms and Conditions. (Category A, B, C and F)
- To improve the Site and better present its contents to you. (Category A, B, C and F)
- For customer service purposes and to respond to inquiries from you. (Category A and B)
- For testing, research, analysis and product development. (Category A, B, C and F)
- As necessary or appropriate to protect our rights, property or safety, and that of our clients or others. (Category A, B, C and F)
- To respond to law enforcement requests and as required by applicable law, court order, or governmental regulations. (Category A, B, C and F)
- To support proof of user consent for email marketing and TCPA purposes. (Category A, B, C and F)
- As described to you when collecting your personal information or as otherwise set forth in Applicable State Laws. (Category A, B, C and F)
- To evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution or other sale or transfer of some or all of

our assets, whether as a going concern or as part of bankruptcy, liquidation or similar proceeding, in which personal information held by us is among the assets transferred. (Category A, B, C and F)

We will not collect additional categories of personal information or use the personal information we collected for materially different, unrelated or incompatible purposes without providing you with notice.

# Sharing Personal Information

Subject to your right to opt-out of such sharing/sale, we may share, rent and/or sell your personal information only for the other business purposes set forth above.

When we disclose personal information to a third party service provider or other entity, we enter into a contractual relationship that describes the purpose for which such third party may use the personal information and requires that third party to both keep the personal information confidential and not use it for any purpose other than the performance of its services under the applicable contract. Please note, we do not collect information from Covered Users that we actually know are less than eighteen (18) years of age and we do not share or sell the personal information of Covered Users that we actually know are less than eighteen (18) years of age. Without limiting the foregoing, we have not shared or sold the personal information of Covered Users that we actually know are less than sixteen (16) years of age in the preceding twelve (12) months.

In the preceding twelve (12) months, we have disclosed the following categories of personal information for a business purpose:

Category A. Identifiers.
Category B. Personal information categories established by Applicable State Laws.
Category C. Protected classification characteristics under Applicable State Laws.
Category F. Internet or other similar network activities.

We disclose your personal information (including (a) full name; (b) e-mail address; (c) mailing address; (c) daytime and/or cellular telephone numbers; and (d) date of birth) for a business purpose to the following categories of third parties (with the specific categories of personal information indicated in parenthesis):

- Our affiliates. (Category A, B, C and F)
- Service providers. (Category A, B, C and F)
- Third parties who provide the products and/or services featured on

the Site. (Category A, B, C and F)

In the preceding twelve (12) months, we have sold the following categories of personal information to third parties:

Category A. Identifiers.
Category B. Personal information categories established by Applicable State Laws.
Category C. Protected classification characteristics under Applicable State Laws.
Category F. Internet or other similar network activities.

# Your Rights and Choices

Applicable State Laws provide Covered Users with specific rights regarding their personal information. This section describes your rights under Applicable State Laws and explains how to exercise those rights.

# Opt-Out from the Sale or Sharing of Your Personal Information

You have the right to opt-out of our sale and/or sharing of your personal information to/with third parties. To exercise your right to opt-out of our sale/sharing of your personal information to/with third parties, please submit a verifiable Covered User request to us by either:

- [Clicking here](#)
- Using one of the contact methods listed below

We endeavor to act on all opt-out requests as soon as practicable, but in all cases within fifteen (15) days of the receipt of your request. Subject to the aforementioned fifteen (15) business day period, where we receive and confirm your verifiable opt-out request, we will cease sharing your Personal Information with third parties.

# Opt-Out from the Use and/or Sharing of Your Sensitive Personal Information

You have the right to limit our use of your sensitive personal information, including any sensitive information from Category B (Personal information categories established by Applicable State Laws) and/or Category C (Protected classification characteristics under Applicable State Laws), to those uses which: (i) are necessary to perform the services or provide the goods requested by you; (ii) help us to ensure security and integrity of your

personal information to the extent the use of your sensitive personal information is reasonably necessary and proportionate for these purposes; (iii) are short-term, transient uses including, but not limited to, non-personalized advertising shown as part of your then-current interaction with the Site, provided that your personal information is not disclosed to another third party and is not used to build a profile about you or otherwise alter your experience outside the then-current interaction with the Site; (iv) involve performing services on behalf of Company, including maintaining or servicing accounts, providing customer service, processing or fulfilling orders and transactions, verifying customer information, processing payments, providing financing, providing analytic services, providing storage, or providing similar services on behalf of Company; and (v) include activities to verify or maintain the quality or safety of a service or device that is owned, manufactured, manufactured for, or controlled by, Company, and to improve, upgrade, or enhance the service or device that is owned, manufactured, manufactured for, or controlled by, Company.

You also have the right opt-out of our sharing your sensitive personal information with third parties, including any sensitive information from Category B (Personal information categories established by Applicable State Laws) and/or Category C (Protected classification characteristics under Applicable State Laws).

To exercise your right to limit our use of your sensitive personal information and/or opt-out of our sharing your sensitive personal information with third parties, please submit a verifiable Covered User request to us by either:

- [Clicking here](#)
- Using one of the contact methods listed below

We endeavor to act on all such requests as soon as practicable, but in all cases within fifteen (15) business days of the receipt of your request. Subject to the aforementioned fifteen (15) business day period, where we receive and confirm your verifiable opt-out request, we will cease using your Sensitive Personal Information/sharing your Sensitive Personal Information with third parties (and direct our service providers and contractors to do the same).

## Access to Specific Information and Data Portability Rights

You have the right to request that we disclose certain information to you about our collection and use of your personal information over the past twelve (12) months. Once we receive and confirm your verifiable Covered User request, we will disclose to you:

- The categories of personal information we collected about you.
- The categories of sources for the personal information we collected about you.
- Our business or commercial purpose for collecting or selling that personal information.
- The categories of third parties with whom we have shared that personal information.
- The specific pieces of personal information we collected about you (also called a data portability request).
- If we sold or disclosed your personal information for a business purpose, two separate lists disclosing:
  - sales, identifying the personal information categories that each category of recipient purchased; and
  - disclosures for a business purpose, identifying the personal information categories that each category of recipient obtained.

## Deletion Request Rights

You have the right to request that we delete any of your personal information that we collected from you and retained, subject to certain exceptions. Once we receive and confirm your verifiable Covered User request, we will delete (and direct our service providers, contractors and all third parties to whom we sold/shared your personal information, to delete) your personal information from our (their) records, unless an exception applies; provided, however, that in some cases, strictly for regulatory compliance purposes and to better evidence/honor opt-out/unsubscribe requests (and for no other purposes), we may retain certain items of your personal information on a de-identified and aggregated basis in such a manner that the data no longer identifies you.

We may deny your deletion request if retaining the information is necessary for us or our service providers, contractors or third parties to whom we sold/shared your personal information, to:

- Complete the transaction for which we collected the personal information, provide a good or service that you requested, take actions reasonably anticipated within the context of our ongoing business relationship with you, or otherwise perform our obligations in connection with our contract with you.
- Detect security incidents, protect against malicious, deceptive, fraudulent or illegal activity, or prosecute those responsible for such activities.
- Debug products to identify and repair errors that impair existing intended functionality.

- Exercise free speech rights, ensure the right of another Covered User to exercise her/his free speech rights or exercise another right provided for by law.
- Comply with the California Electronic Communications Privacy Act (Cal. Penal Code § 1546 seq.).
- Engage in public or peer-reviewed scientific, historical, or statistical research in the public interest that adheres to all other applicable ethics and privacy laws, when the information's deletion may likely render impossible or seriously impair the research's achievement, and where you previously provided informed consent.
- Enable solely internal uses that are reasonably aligned with Covered User expectations based on your relationship with us.
- Comply with a legal obligation.
- Make other internal and lawful uses of that information that are compatible with the context in which you provided it.

## Right to Request Correction of Inaccurate Personal or Sensitive Personal Information

You have the right to request correction of inaccurate personal and/or sensitive personal information that we collect. Upon receiving a verifiable consumer request for correction, we will make commercially reasonable efforts to correct information identified as inaccurate. Where we correct inaccurate personal and/or sensitive personal information, we shall instruct all service providers and/or contractors that maintain such personal and/or sensitive personal information in the course of providing services to us to make the necessary corrections in their respective systems.

## Exercising Access, Data Portability, Right to Correct and Deletion Rights

To exercise your access, data portability, right to correct and/or deletion rights described above, please submit a verifiable Covered User request to us by either:

- [Clicking here](#)
- Using one of the contact methods listed below

You may only make a verifiable Covered User request for access or data portability twice within a 12-month period. The verifiable Covered User request must:

- Provide sufficient information that allows us to reasonably verify that you are: (1) the person about whom we collected personal

information; or (2) an authorized representative.

- Describe your request with sufficient detail that allows us to properly understand, evaluate, and respond to it.

We cannot respond to your request or provide you with personal information if we cannot verify your identity or authority to make the request and confirm that the personal information relates to you. Making a verifiable Covered User request does not require you to create an account with us. We will only use personal information provided in a verifiable Covered User request to verify the requestor's identity or authority to make the request.

## Response Timing and Format

We endeavor to respond to all verifiable Covered User requests to exercise Access, Data Portability, Right to Correct and Deletion Rights within forty-five (45) days of the receipt thereof. If we require more time (up to ninety (90) days), we will inform you of the reason and extension period in writing. We will deliver our written response by mail or electronically, at your option. Any disclosures we provide will only cover the twelve (12) month period preceding the receipt of your verifiable request. The response we provide will also explain the reasons we cannot comply with a request, if applicable. For data portability requests, we will select a format to provide your personal information that is readily useable and should allow you to transmit the information from one entity to another entity without hindrance.

We do not charge a fee to process or respond to your verifiable Covered User request unless it is excessive, repetitive, or manifestly unfounded. If we determine that the request warrants a fee, we will tell you why we made that decision and provide you with a cost estimate before completing your request.

## Opt-Out Preference Signal Processing

When we receive a Preference Signal from your browser, we treat it as a "Do Not Sell or Share My Information" request. You may still be shown offers on our website and links to third-party websites that have their own separate privacy policy and means for honoring Preference Signal requests.

## Right to Opt-Out of Profiling

You have the right to opt-out from any Profiling that may be conducted by Company. For purposes of these Provisions, "Profiling" means any form of

automated processing performed on your personal data to evaluate, analyze or predict personal aspects related to you or your economic situation, health, personal preferences, interests, reliability, behavior, location or movements. You have the right to opt-out of our Profiling you. To exercise your right to opt-out of our Profiling you, please submit a verifiable Covered User request to us by either:

- [Clicking Here](Clicking Here)
- Using one of the contact methods listed below

We endeavor to act on all Profiling opt-out requests as soon as practicable, but in all cases within forty-five (45) days of the receipt of your request.

## Right to Opt-Out of Targeted Advertising

You have the right to opt-out from Targeted Advertising conducted by Company. For purposes of these Provisions, "Targeted Advertising" means displaying advertisements to you where the advertisements are selected based on personal data obtained from your activities over time and across non-affiliated websites or online applications to predict your preferences or interests. You have the right to opt-out from Targeted Advertising. To exercise your right to opt-out of our Targeted Advertising, please submit a verifiable Covered User request to us by either:

- [Clicking Here](Clicking Here)
- Using one of the contact methods listed below

We endeavor to act on all Targeted Advertising opt-out requests as soon as practicable, but in all cases within forty-five (45) days of the receipt of your request.

## Authorized Agents

Covered Users may permit an authorized agent to exercise any rights granted under Applicable State Laws as set forth above. In order to utilize an authorized agent, you must provide the authorized agent with written permission from you to act on your behalf for these purposes. When you use an authorized agent to submit a request to delete, request to correct or a request to know, we may require the authorized agent to provide proof that you gave the agent signed permission to submit the subject request. We may also require you to do either of the following: (a) verify your own identity directly with us; or (b) directly confirm with us that you provided the authorized agent permission to submit the request.

For California residents, only you or a person registered with the California

Secretary of State that you authorize to act on your behalf, may make a verifiable Covered User request related to your personal information.

## Non-Discrimination

We will not discriminate against you for exercising any of your rights under Applicable State Laws. Unless permitted by Applicable State Laws, we will not:

- Deny you goods or services;
- Charge you different prices or rates for goods or services, including through granting discounts or other benefits, or imposing penalties;
- Retaliate against any employee, job applicant or independent contractor;
- Provide you a different level or quality of goods or services; and/or
- Suggest that you may receive a different price or rate for goods or services or a different level or quality of goods or services.

## Contact Information

If you have any questions or comments about this Privacy Notice, our Privacy Policy, the ways in which we collect and use your personal information, your choices and rights regarding such use, or wish to exercise your rights under Applicable State Laws, please do not hesitate to contact us by utilizing the toll free number provided on our privacy request forms or either:

- Calling us at:(872) 250-4977
- Emailing us at: contact@yourclassactionguide.com or Sending us
- U.S. Mail to: 1314 W McDermott Dr Ste 106 #129, Allen, TX 75013.

Here Are Some Companies That Have Paid Out Millions Of Dollars in Claims:

Progressive Insurance • Red Robin • Radio Shack • RJ Reynolds Tobacco • Ford Motor Company • Sears Roebuck • Verizon Wireless • Family Dollar Stores

The Class Action Guide is not affiliated with any of the listed products, brands, or organizations, nor do any of them endorse or sponsor The Class Action Guide. The Class Action Guide is a resource to help consumers gain access to Class Action Lawsuits and/or Settlements that they may be

eligible to participate in. There is no guarantee that people who register on The Class Action Guide will qualify for or otherwise be able to benefit from or participate in any of the lawsuits or settlements included or referenced on this website.

Copyright © 2023 C4R Media Corp. | Privacy Policy | Data Policy | Terms & Conditions | How It Works

Accessible View | Do Not Sell or Share My Personal Information | Privacy Notice | Unsubscribe

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.