# EXHIBIT E





# How It Works

**A quick breakdown on how The Class Action Guide works**

- **We are supported by ads.**  The Class Action Guide is supported by advertisements. It is completely free to users because we have advertisers on our site and as partners, and your data will be shared with them.
- **You will be asked to opt in.** When you sign up on this site, you will be asked to opt in to see ads, receive ads by email and text and phone.
- **You will get marketing messages from us and our partners.** If you opt in, you will receive marketing messages from us and many of our marketing partners, by email, phone, and/or text. If you don't want to receive marketing messages or have your data shared, do not sign up or opt in.
- **You will see third party ads.**  We also have third party ads on our site, which belong to those third parties. Please be careful when clicking on links that go to third party sites, and be sure to read their privacy and other policies.
- **You don't have to answer any questions.** If you don't want to answer any of the questions on the site, you can always go directly to our site without taking the survey at theclassactionguide.com.
- **We are a guide.**  The Class Action Guide is an aggregator of information about class actions. Any information on the site is from third parties.  The information provided on The Class Action Guide is for educational use only. It should not be used as a substitute for professional medical advice, diagnosis or treatment.
- **You may not get any money.**  You are not guaranteed any result from any class action – you may not qualify for or receive any money from any class action at all.

**More Information:**

We are able to provide you this free site based on your willingness to be contacted by us and our marketing partners via email, telephone, and/or SMS.  Consent to be contacted by phone or SMS is not required to use the site, but if you do opt in to this you will be contacted by our marketing partners by phone and/or SMS with offers including, but not limited to:

Home Security, Solar, Health Insurance, Car Insurance, Debt Consolidation, Sweepstakes Entries, Medical Devices/Alerts/Services

We also have third party advertisements on our site.  Any content of a third party advertisement is provided by that third party, and is not evaluated by The Class Action Guide.  The Class Action Guide is not responsible for the claims or statements of any third party advertisement.  If you click on any links leading to a third party site, once you leave The Class Action Guide you will be on a third party site and subject to that site's Terms and Conditions and/or Privacy Policy.  The Class Action Guide is not responsible for the content or policies on any third party site, even if it is linked to our site.

Here Are Some Companies That Have Paid Out Millions Of Dollars in Claims:
Progressive Insurance • Red Robin • Radio Shack • RJ Reynolds Tobacco • Ford Motor Company • Sears Roebuck • Verizon Wireless • Family Dollar Stores

The Class Action Guide is not affiliated with any of the listed products, brands, or organizations, nor do any of them endorse or sponsor The Class Action Guide. The Class Action Guide is a resource to help consumers gain access to Class Action Lawsuits and/or Settlements that they may be eligible to participate in. There is no guarantee that people who register on The Class Action Guide will qualify for or otherwise be able to benefit from or participate in any of the lawsuits or settlements included or referenced on this website.

Copyright © 2023 C4R Media Corp. | **Privacy Policy** | **Data Policy** | **Terms & Conditions** | **How It Works**
**Accessible View** | **Do Not Sell or Share My Personal Information** | **Privacy Notice** | **Unsubscribe**