# EXHIBIT F

**Certificate of Authenticity for Web Leads**

 Claimed   Matched

| Certificate | Session Replay | Event Log | Claim History |
|---|---|---|---|

# Certificate of Authenticity
# for Web Leads



Certificate ID: 0b9af4c3bf257d5dc7472444d64cef30a2156487

This certificate was issued by TrustedForm.com from ActiveProspect, the independent Internet lead certification authority. It certifies the following information about this lead:

## When did they visit?

| | |
|---|---|
| Visit date: | April 29, 2023 |
| Visit time: | 1:53:41 PM EDT |
| Time on page: | 3 seconds |

## Where did they visit?

| | |
|---|---|
| Page URL: | https://find.usaassistanceguide.com/api/offer |

## Who visited?

| | |
|---|---|
| Remote IP Address: | 152.117.105.21 |
| Geographic Location (Approximate): | Bettendorf, Iowa, United States |
| Browser: | Chrome Mobile 112.0.0.0 |
| Operating System: | Android 10 |

## What did they see?

Trustedform captures a copy of the web page viewed by the visitor and the user events that took place on the page including form inputs, mouse movements and clicks. It plays these events back as a session replay of how the user interacted with the page.

**View Session Replay**

© Copyright 2010-2023 ActiveProspect, Inc. All rights reserved.

# Certificate of Authenticity for Web Leads

 Claimed   Matched

| Certificate | Session Replay | Event Log | Claim History |

▶ ⏭ 0:00 / 0:03 ───●──────────────────

## USA Assistance Guide

### Millions of dollars of cash assistance available in your area!

## Review your information

Montwain Carter

(563) 271-2492

2318 w3rd st

52802

03/10/1982

By checking the box below, I provide my signature expressly consenting to receive sales calls and/or text messages regarding insurance services and/or other offers via an automatic telephone dialing system and/or artificial and/or prerecorded calls from C4R Media Corp or its marketing partners at the cellular/landline telephone number I have provided above, regardless of this number being listed on any federal or state Do Not Call registry. Message and data rates may apply. Get approximately 30 messages per month. Reply "STOP" to any message to cancel. I understand that consent is not required to register or receive my guide. In order to register without providing consent, leave this box unchecked.

☐ I confirm that all of my information is accurate and consent to be called as provided above.

**Continue**

© Copyright 2010-2023 ActiveProspect, Inc. All rights reserved.

## Certificate of Authenticity for Web Leads

 Claimed     Matched

| Certificate | Session Replay | **Event Log** | Claim History |

# Event Log

Certificate ID: 0b9af4c3bf257d5dc7472444d64cef30a2156487

| Date/Timestamp | Event |
|---|---|
| 2023/04/29 13:53:44 | submitted form |
| 2023/04/29 13:53:44 | clicked on [Continue] |
| 2023/04/29 13:53:44 | submitted form |
| 2023/04/29 13:53:42 | opted in on [opt_in] |
| 2023/04/29 13:53:42 | clicked on [opt_in] |
| 2023/04/29 13:53:42 | opted out on [opt_in] |
| 2023/04/29 13:53:41 | certificate created |

© Copyright 2010-2023 ActiveProspect, Inc. All rights reserved.

## Certificate of Authenticity for Web Leads

 Claimed      Matched

Certificate     Session Replay     Event Log     **Claim History**

# Claim History
Certificate ID: 0b9af4c3bf257d5dc7472444d64cef30a2156487

### April 29, 2023, 1:53:45 PM EDT

Age:                                                                          1 second

Share URL:     https://cert.trustedform.com/0b9af4c3bf257d5dc7472444(     **Copy Link**

© Copyright 2010-2023 ActiveProspect, Inc. All rights reserved.