# EXHIBIT G

**Certificate of Authenticity for Web Leads**

 Claimed    Matched

| Certificate | Session Replay | Event Log | Claim History |

# Certificate of Authenticity
# for Web Leads



Certificate ID: 98ee8ddc3e396e8a91bba0509286c58892e4c15f

This certificate was issued by TrustedForm.com from ActiveProspect, the independent Internet lead certification authority. It certifies the following information about this lead:

## When did they visit?

| | |
|---|---|
| Visit date: | January 25, 2023 |
| Visit time: | 10:30:09 PM EST |
| Time on page: | 3 seconds |

## Where did they visit?

| | |
|---|---|
| Page URL: | https://claim.theclassactionguide.com/api/offer |

## Who visited?

| | |
|---|---|
| Remote IP Address: | 152.117.105.21 |
| Geographic Location (Approximate): | Bettendorf, Iowa, United States |
| Browser: | Chrome Mobile 109.0.0.0 |
| Operating System: | Android 11 |

## What did they see?

Trustedform captures a copy of the web page viewed by the visitor and the user events that took place on the page including form inputs, mouse movements and clicks. It plays these events back as a session replay of how the user interacted with the page.

**View Session Replay**

© Copyright 2010-2022 ActiveProspect, Inc. All rights reserved.

## Certificate of Authenticity for Web Leads

 Claimed   Matched

| Certificate | Session Replay | Event Log | Claim History |
|---|---|---|---|

▶ ⏭ 0:00 / 0:04  ●━━━━━━━━━━━━━

### THE CLASS ACTION GUIDE

**$3.62 Billion Claimed in 2021 - Find Your Share**

**Review your information**

Montwain Carter

(563) 271-2492

2318 w3rd st

52802

03/10/1982

By checking the box below, I provide my signature expressly consenting to receive sales calls and/or text messages from an automatic telephone dialing system and/or prerecorded calls from C4R Media Corp or its marketing partners at the cellular/landline telephone number I have provided above, regardless of this number being listed on any federal or state Do Not Call registry. Message and data rates may apply. Get approximately 30 messages per month. Reply "STOP" to any message to cancel. I understand that consent is not required to register or receive my guide. In order to register without providing consent, leave this box unchecked.

☐ I confirm that all of my information is accurate and consent to be called as provided above.

**Continue**

© Copyright 2010-2022 ActiveProspect, Inc. All rights reserved.

Certificate of Authenticity for Web Leads           Claimed      Matched

| Certificate | Session Replay | Event Log | Claim History |



# Event Log

Certificate ID: 98ee8ddc3e396e8a91bba0509286c58892e4c15f

| Date/Timestamp | Event |
|---|---|
| 2023/01/25 22:30:13 | submitted form |
| 2023/01/25 22:30:13 | clicked on [Continue] |
| 2023/01/25 22:30:13 | submitted form |
| 2023/01/25 22:30:10 | opted in on [opt_in] |
| 2023/01/25 22:30:10 | clicked on [opt_in] |
| 2023/01/25 22:30:10 | opted in on [opt_in] |
| 2023/01/25 22:30:09 | certificate created |

© Copyright 2010-2022 ActiveProspect, Inc. All rights reserved.

 

**activeprospect** | **TrustedForm**

Back to your account

## Certificate of Authenticity for Web Leads

Claimed     Matched

| Certificate | Session Replay | Event Log | **Claim History** |



# Claim History

Certificate ID: 98ee8ddc3e396e8a91bba0509286c58892e4c15f

### January 25, 2023, 10:30:13 PM EST

Age:                                                      1 second

Share URL:     https://cert.trustedform.com/98ee8ddc3e396e8a91bba05(     **Copy Link**

© Copyright 2010-2022 ActiveProspect, Inc. All rights reserved.