**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| MONTWAIN CARTER, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>  v.<br><br>HEALTH INSURANCE KING AGENCY, LLC, ALVARADO MARKETING GROUP, INC., AND HEALTH CHOICE NOW, LLC,<br><br>   *Defendants*. | No. 3:25-cv-00005-SHL-WPK |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Plaintiff, by and through undersigned counsel, respectfully moves this Court for an extension of time to respond to Defendant's Motion to Compel Arbitration, and states as follows:

1. Defendant Health Choice Now, LLC filed its Motion to Compel Arbitration on April 28, 2026.

2. Pursuant to Local Rule 7(c) of the United States District Court for the Southern District of Iowa, a party has 21 days to file a resistance to a motion.

3. Accordingly, Plaintiff's response to Defendant's Motion to Compel Arbitration is currently due on May 19, 2026.

4. Plaintiff requests a 14-day extension of this deadline.

5.      If granted, Plaintiff's response would be due on June 2, 2026.

6.      This request is made in good faith and not for purposes of delay.

7.      Counsel for Defendant has indicated that there is no objection to the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline to respond to Defendant Health Choice Now, LLC's Motion to Compel Arbitration up to and including June 2, 2026, and grant such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED AND DATED this 2nd day of May, 2026.


s/ Anthony I. Paronich
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for the Plaintiff*

2