**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | | |
|---|---|---|
| MONTWAIN CARTER, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | 3:25-cv-00005-SHL-WPK |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| HEALTH INSURANCE KING AGENCY, LLC, ALVARADO MARKETING GROUP, INC. AND HEALTH CHOICE NOW | : | |
| | : | |
| | : | |
| Defendants. | : | |

**MOTION AND BRIEF IN SUPPORT OF MOTION
FOR EXTENSION OF CASE DEADLINES**

Recently, the Court granted Plaintiff's motion to amend his Complaint to add as Defendants the additional defendants Alvarado Marketing Group, Inc. and Health Choice Now. Alvarado has answered the Plaintiff's Complaint (ECF No. 54), although it has also filed a renewed Motion to Dismiss for lack of Personal Jurisdiction (ECF No. 53). Defendant Health Choice Now has filed a Motion to Compel Arbitration (ECF No. 52). Plaintiff has sought to extend the deadline to respond to the Motion to Compel by June 2, 2026, and also intends to file an extension motion to the Motion to Dismiss by June 2, 2026.

Currently, the existing schedule in this matter has a discovery deadline for May 22, 2026, a dispositive motion deadline for May 29, 2026, and a final pretrial conference scheduled for October 23, 2026. Several expert deadlines have already passed, although the Plaintiff has provided his expert report. Given the current procedural and scheduling posture, Plaintiff and Defendants Health Insurance King and Alvarado Marketing Group do not believe that the parties will be able to meet the existing case management deadlines in this matter. Defendant Health

1

Choice Now takes no position on the relief requested because it believes Plaintiff filed his claims in the wrong forum and, as set forth in its April 28, 2026 Motion to Compel Arbitration, asserts that the claims as to Health Choice Now should be compelled to arbitration and this case stayed as to Health Choice Now pending completion of that arbitration. Plaintiff denies he agreed to arbitrate any claims with Defendant and will respond to such motion in due course. Wherefore, the Plaintiff and Defendants  Health Insurance King and Alvarado Marketing Group respectfully request that the Court issue a revised scheduling order as follows:

| Deadline | Current Date | New Proposed Date |
|---|---|---|
| Plaintiff Expert Disclosures | 3/16/2026 | 6/15/2026 |
| Defendant Expert Disclosures | 4/23/2026 | 7/20/2026 |
| Plaintiff Rebuttal Expert | 5/8/2026 | 8/17/2026 |
| Discovery Completion | 5/22/2026 | 9/14/2026 |
| Dispositive Motion Deadline | 5/29/2026 | 9/21/2026 |
| Final Pretrial Conference | 10/23/2026 | TBD, January 2027 Trial |

Given the current procedural posture, with a pending Motion to Dismiss to be decided as to two Defendants, as well as a Motion to Compel Arbitration with respect to the remaining Defendant, the Parties will be unable to meet the current case management deadlines, particularly as the Parties has not yet had the opportunity to seek discovery from the two newly added Defendants and as between and among themselves. As such, the Plaintiff and Defendants Health Insurance King and Alvarado Marketing Group respectfully request that the Court issue a revised scheduling order as outlined above.

RESPECTFULLY SUBMITTED AND DATED this May 5, 2026.

*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF CONFERENCE

We hereby certify that we conferred with counsel for Defendants Health Insurance King and Alvarado Marketing Group, who support the relief requested in this motion. Counsel for Defendant Health Choice Now takes no position on the requested relief.

*/s/ Anthony Paronich*
Anthony Paronich

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong

## CERTIFICATE OF SERVICE

We hereby certify that on May 5, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties who have appeared by operation of the court's electronic filing system.

/s/ Anthony Paronich
Anthony Paronich

/s/ Andrew Roman Perrong
Andrew Roman Perrong