**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | | |
|---|---|---|
| MONTWAIN CARTER, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 3:25-cv-00005-SHL-WPK |
| Plaintiff, | : : | |
| v. | : : | **JURY TRIAL DEMANDED** |
| HEALTH INSURANCE KING AGENCY, LLC, ALVARADO MARKETING GROUP, INC. AND HEALTH CHOICE NOW | : : : : | |
| Defendants. | : | |
| _____/ | | |

**[PROPOSED ORDER GRANTING]
MOTION FOR EXTENSION OF CASE DEADLINES**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Motion is

GRANTED. The case schedule in this action is amended as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Plaintiff Expert Disclosures | 3/16/2026 | 6/15/2026 |
| Defendant Expert Disclosures | 4/23/2026 | 7/20/2026 |
| Plaintiff Rebuttal Expert | 5/8/2026 | 8/17/2026 |
| Discovery Completion | 5/22/2026 | 9/14/2026 |
| Dispositive Motion Deadline | 5/29/2026 | 9/21/2026 |
| Final Pretrial Conference | 10/23/2026 | TBD, January 2027 Trial |

1

2

IT IS SO ORDERED.

*BY THE COURT:*

_____, J.

2