IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| MONTWAIN CARTER, individually and on behalf of all others similarly situated, | ) ) ) | Case Number:  3:25-cv-00005-SHL-WPK |
| Plaintiff(s) | ) ) | |
| vs. | ) | Corporate Disclosure/ Statement of Interest |
| HEALTH INSURANCE KING AGENCY, LLC, ALVARADO MARKETING GROUP, INC., AND HEALTH CHOICE NOW, LLC, | ) ) ) ) | |
| Defendant(s) | ) | |

This Corporate Disclosure statement is filed on behalf of __Health Choice Now, LLC__ in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

[ ] The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

[✓] The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

__What If Direct, LLC ("WID")__ Relationship __Immediate parent__

__What If Media Group, LLC ("WIMG")__ Relationship __Indirect parent (parent of WID)__

[ ] The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: _____

_____

_____

_____

_____

Effective July 8, 2024

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

MONTWAIN CARTER, individually and on
behalf of all others similarly situated,

           Plaintiff(s)

  vs.

HEALTH INSURANCE KING AGENCY,
LLC, ALVARADO MARKETING GROUP,
INC., AND HEALTH CHOICE NOW, LLC,

           Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

Case Number:  3:25-cv-00005-SHL-WPK

Corporate Disclosure/ Statement of Interest

.

       This Corporate Disclosure statement is filed on behalf of  Health Choice Now, LLC  in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

[ ] The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

[✓] The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

WIMG Intermediate, LLC ("WIMGI")      Relationship  Indirect parent (parent of WIMG)

WIMG Holdings, LLC      Relationship  Indirect parent (parent of WIMGI)

[ ] The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

     **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: May 29, 2026

*/s/ Paul A. Rosenthal*

Paul A. Rosenthal

Jesse Linebaugh

801 Grand Avenue, 33rd Floor

Des Moines, Iowa 50309

Effective July 8, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, thereby serving a copy on all counsel of record.

*/s/ Paul A. Rosenthal*
Paul A. Rosenthal