**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MONTWAIN CARTER, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | |
| Plaintiff, | : | 3:25-cv-00005-SHL-WPK |
| | : | |
| v. | : | |
| | : | |
| HEALTH INSURANCE KING AGENCY, LLC | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| _____/ | | |

**DECLARATION OF MONTWAIN CARTER**
**IN OPPOSITION TO DEFENDANTS HEALTH INSURANCE KING AGENCY, LLC**
**AND ALVARADO MARKETING GROUP, INC.'S RENEWED MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

1.     I, Montwain Carter, am over the age of eighteen years and, if called to testify in this action, could competently state the following.

2.     This Declaration is made under penalty of perjury pursuant to 28 U.S.C. § 1746.

3.     I make this Declaration in opposition to the renewed motion to dismiss for lack of personal jurisdiction filed by Defendants Health Insurance King Agency, LLC ("Health Insurance King") and Alvarado Marketing Group, Inc. ("Alvarado").

4.     I am the Plaintiff in this lawsuit.

5.     I am the user of the residential telephone number (563) XXX-XXXX.

6.     This telephone number is registered to my residential address in Iowa, and I pay the bill for it. I use it for personal, family, and household purposes, and it is not registered to or associated with any business.

1

7.      I am a resident of the State of Iowa.

8.      The "563" area code is associated with the State of Iowa.

9.      I registered this telephone number on the National Do Not Call Registry on October 23, 2024, and it has remained on the Registry since that time.

10.      I never asked for or requested calls from Defendants Health Insurance King, Alvarado, or Health Choice Now, LLC, and I never consented to receive telemarketing calls from any of them.

11.      I never did any business with Defendants Health Insurance King, Alvarado, or Health Choice Now, LLC.

12.      On November 25, 2024, November 26, 2024, and December 2, 2024, I received three telephone calls to my Iowa telephone number, each from a telephone number bearing a "563" Iowa area code, 563-888-1294, 563-888-1567, and 563-888-8621, respectively, soliciting me to purchase health insurance.

13.      I answered the third call on December 2, 2024.

14.      During that call, I spoke with an individual who identified himself as "Timothy Reese" and stated that he was with the Defendant Health Insurance King, and who holds an Iowa insurance license.

15.      Mr. Reese solicited me to purchase health insurance from Health Insurance King and, during the call, collected my age, my ZIP code, and information about my insurance.

16.      Because I provided my Iowa ZIP code during the call, the caller knew I was located in Iowa.

17.      Mr. Reese directed me to Health Insurance King's website, healthinsuranceking.com.

18.     At no point during the call did Mr. Reese, or anyone else, tell me that the call had been placed by any company other than Health Insurance King, or suggest that whoever placed or transferred the call to me lacked authority to act on Health Insurance King's behalf. From my perspective, I was being called by, and was speaking with, Health Insurance King.

19.     Based on the calls being directed to my Iowa telephone number from Iowa area codes, on Mr. Reese soliciting me to buy Health Insurance King's insurance, and on his directing me to Health Insurance King's website, Health Insurance King and its agents were aware that I was located in Iowa, but nevertheless directed these solicitations to me in Iowa.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____06/01/2026_____, in the United States of America.

_____

Montwain Carter

3