**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | | |
|---|---|---|
| MONTWAIN CARTER, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | |
| Plaintiff, | : | 3:25-cv-00005-SHL-WPK |
| | : | |
| v. | : | |
| | : | |
| HEALTH INSURANCE KING AGENCY, LLC | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**DECLARATION OF MONTWAIN CARTER
IN OPPOSITION TO DEFENDANT HEALTH CHOICE NOW, LLC'S MOTION TO
COMPEL ARBITRATION**

1.      I, Montwain Carter, am over the age of eighteen years and, if called to testify in this action, could competently state the following. This Declaration is made under penalty of perjury pursuant to 28 U.S.C. § 1746.

2.      I make this Declaration in opposition to Defendant Health Choice Now, LLC's motion to compel arbitration and the supporting declaration of Ben Zitter on behalf of What If Holdings, LLC d/b/a C4R Media Corp. ("What If").

3.      I am the Plaintiff in this lawsuit. My telephone number, (563) XXX-XXXX, is a cellular number registered in my name, I am the user and subscriber of record, and it has been on the National Do Not Call Registry since October 23, 2024.

4.      I never agreed to arbitrate any claims against Health Choice Now, What If, C4R Media Corp., or any of their affiliates or marketing partners, and I would never have agreed to do

1

so. I had no notice of any arbitration provision, or of the "Terms and Conditions" described in the Zitter Declaration, until Health Choice Now filed its motion.

5.     I never consented to receive telemarketing or sales calls from Health Choice Now, What If, C4R Media Corp., or any of their affiliates or marketing partners, and I never authorized anyone else to provide such consent on my behalf.

6.     I did not visit the website "claim.theclassactionguide.com," nor would I have had any reason to visit it. I have no interest in, and have never searched for, class action settlements or any "class action" website.

7.     I did not visit the website "find.usaassistanceguide.com," nor would I have had any reason to visit it.

8.     More generally, I have never knowingly used websites offering free money, assistance guides, cash assistance, or similar services, and I had no reason to do so.

9.     I never personally entered my name, telephone number, address, or date of birth into any of the websites described in the Zitter Declaration in order to request information or to sign up for anything.

10.     I have never filled out an online form to request information about, or to apply for, insurance. I have never sought insurance through any such website. I receive Medicaid, which I obtained through my local public assistance office, and my health coverage is administered through Iowa Total Care, which I contact directly.

11.     I have never filled out an online form to request information about class action settlements.

12. I have never filled out an online form to request government assistance, other than through my local public assistance office, which I did not do through any of the websites described in the Zitter Declaration.

13. I did not provide my date of birth or email by entering it on any website in connection with this matter. To the extent any of my personal information was given out, it may have been obtained through information I provided verbally to a telemarketer during one of the calls at issue or because it is biographical information about me available on the internet, such as my email. During the calls, I was asked for personal information. When a caller asked me for my Social Security number, which, in my experience, came after questions about my other personal information, I hung up the phone.

14. I did not give What If, C4R Media Corp., Health Choice Now, or anyone else permission to enter my information onto these websites, to check boxes or click buttons agreeing to any terms, arbitration provision, or similar consent language on my behalf, or to submit my information through these websites, and I did not direct anyone to do so.

15. I did not use a VPN, public Wi-Fi, or a shared device to access websites during the period described in the Zitter Declaration.

16. I do not recognize the IP address 152.117.105.21 that the Zitter Declaration attributes to both a January 25, 2023 and April 29, 2023 website visit. It is not an address I recognize as mine.

17. I did not have, and have never had, internet service from the provider MetroNet, who I understand is the Internet Service Provider for this IP address

18.     In January 2023 and April 2023, the only mobile phone I used was a BLU, which ran the Android 12 operating system. I used that same phone, running Android 12, throughout that entire period.

19.     The Zitter Declaration's records do not match my device. It attributes a January 25, 2023 visit to a device running Android 11 and an April 29, 2023 visit to a device running Android 10. Neither matches my phone. I was using the same BLU phone running Android 12 the whole time, and it would not have been running an older version of Android in April 2023 than it supposedly ran in January 2023, nor does this make logical sense. The two visits Health Choice Now describes, each said to have lasted only about three seconds, do not reflect anything I did, as I could not possibly have entered the information alleged within a three-second window.

20.     Because I did not submit any information through these websites, did not check any box or click any button agreeing to any terms, and had no notice of any arbitration provision, I never entered into any agreement to arbitrate my claims against Health Choice Now or any other Defendant.

21.     I do not welcome these illegal calls and have taken measures to stop them, including by placing my number on the National Do Not Call Registry and by bringing this case.

22.     I was harmed by Defendants' calls. The calls were frustrating, obnoxious, and annoying; they were a nuisance and disturbed my solitude.

23.     I brought this case as a class action because I believe there are many other people in a situation similar to mine who received calls without their consent.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____06/01/2026_____, in the United States of America.

_____

Montwain Carter

5