IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

MONTWAIN CARTER, individually and on
behalf of all others similarly situated,

                Plaintiff(s)

  vs.

HEALTH INSURANCE KING AGENCY,
LLC, ALVARADO MARKETING GROUP,
INC., AND HEALTH CHOICE NOW, LLC.
                Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case Number:  3:25-cv-00005-SHL-WPK

Corporate Disclosure/ Statement of Interest

       This Corporate Disclosure statement is filed on behalf of  <u>Alvarado Marketing Group, Inc.</u>  in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

[✔] The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

[ ] The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

[ ] The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

     **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: <u>June 8, 2026</u>

<u>/s/ Nicholas Reisch</u>

<u>Nicholas J. Reisch</u>

<u>3040 Post Oak Blvd., Suite 1400</u>

<u>Houston, Texas 77056</u>

Effective July 8, 2024