**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| MONTWAIN CARTER, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>HEALTH INSURANCE KING AGENCY, LLC, ALVARADO MARKETING GROUP, INC., AND HEALTH CHOICE NOW, LLC,<br><br>    *Defendants*. | No. 3:25-cv-00005-SHL-WPK<br><br><br>**SECOND UNOPPOSED MOTION TO EXTEND DEFENDANT HEALTH CHOICE NOW, LLC'S DEADLINE TO ANSWER OR OTHERWISE PLEAD** |

**COMES NOW** Defendant Health Choice Now, LLC ("HCN") and, in support of its Second Unopposed Motion to Extend the Deadline to Answer or Otherwise Plead pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(j), states:

1.    On January 14, 2025, Plaintiff Montwain Carter ("Plaintiff") initiated this lawsuit by filing a Complaint against Defendant Health Insurance King, LLC ("Health Insurance King"). (DE 1)

2.    On February 26, 2026, Plaintiff filed an Amended Complaint, naming HCN and Alvarado Marketing Group, Inc. ("Alvarado Marketing" and, together with HCN and Health Insurance King, "Defendants") as defendants. (DE 45)

3.    On February 27, 2026, HCN executed a waiver of service of a summons (DE 46); thus, the original deadline for HCN to file its answer or other responsive pleading was April 28, 2026.

4.    On April 22, 2026, HCN filed an unopposed motion seeking an extension of the responsive pleading deadline to provide HCN additional time to answer, move, or otherwise

respond to Plaintiff's Complaint until after resolution of either HCN's Motion to Compel Arbitration or, if the motion was granted, until after the arbitration. Plaintiff and counsel for co-defendants Health Insurance King and Alvarado Marketing consented to the proposed extension. (DE 50)

5.    On April 22, 2026, the Court granted HCN's unopposed motion and extended HCN's deadline for filing an answer or other responsive pleading to the date falling twenty-one (21) days after the latter of the date on which the Court denied HCN's motion to compel arbitration or the date upon which the arbitration of Plaintiff's claims against HCN were completed. (DE 51)

6.    On April 28, 2026, HCN timely filed its motion to compel arbitration (DE 52), which the Court denied on July 1, 2026. (DE 70). Therefore, the current deadline for HCN to file its answer or other responsive pleading is July 22, 2026.

7.    Following good faith meet and confer discussions, counsel for Plaintiff and HCN agree that additional motion practice might be avoided by further extending the time for HCN's responsive pleading.

8.    Thus, HCN respectfully requests that the deadline for its answer, motion, or other pleading in response to the Amended Complaint be extended to September 21, 2026.

9.    Counsel for Plaintiff, Health Insurance King, and Alvarado Marketing all consent to the proposed extension.

10.    Such an extension is in the interest of justice and will not prejudice any party.

11.    Therefore, HCN respectfully requests an extension of its deadline to answer or otherwise plead in response to the Amended Complaint to September 21, 2026.

12.     On May 13, 2026, the Court entered a schedule setting the following deadlines: (1) a July 20, 2026 deadline for Defendants' expert witness disclosures; (2) an August 17, 2026 deadline for Plaintiff's rebuttal witness disclosures; (3) a September 14, 2026 deadline for the completion of discovery; (4) a September 21, 2026 deadline for dispositive motions; (5) a Final Pretrial Conference schedule for January 14, 2027; and (6) a Jury Trial scheduled to commence on January 25, 2027. (DE 63).

13.     HCN did not participate in negotiations regarding the proposed schedule that led to the May 13, 2026 Order given its pending motion to compel arbitration. Discovery as to HCN has just commenced and the parties are working in good faith to efficiently complete fact discovery as to HCN.

14.     For example, on July 7, 2026, Plaintiff served a First Set of Discovery to HCN. Following a good faith meet and confer, HCN has agreed to provide responses and objections to certain of those requests even if this Motion is granted and HCN's deadline is extended by the Court.

15.     Plaintiff and HCN anticipate limited discovery between Plaintiff and HCN will continue despite the extension of HCN's time to file a responsive pleading.

**WHEREFORE**, HCN respectfully requests that the deadline for filing an answer or other responsive pleading be extended to September 21, 2026.

Respectfully submitted,

Dated:   July 17, 2026

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Paul A. Rosenthal*

Paul A. Rosenthal (admitted *pro hac vice*)
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
paul.rosenthal@faegredrinker.com

Jesse Linebaugh
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
jesse.linebaugh@faegredrinker.com

*Attorneys for Defendant Health Choice Now, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, thereby serving a copy on all counsel of record.

*/s/ Paul A. Rosenthal*
Paul A. Rosenthal