**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| MONTWAIN CARTER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HEALTH INSURANCE KING AGENCY, LLC AND HEALTH CHOICE NOW, LLC,<br><br>*Defendants*. | No. 3:25-cv-00005-SHL-WPK |

**NOTICE OF SETTLEMENT WITH HEALTH CHOICE NOW, LLC ONLY**

Plaintiff and Defendant Health Choice Now, LLC have reached an agreement in principle resolving all claims between them. The settling parties are finalizing the settlement documentation and will promptly file the appropriate dismissal papers upon completion. The settlement does not resolve Plaintiff's claims against Defendant Health Insurance King Agency, LLC and this action will therefore continue against Health Insurance King Agency, LLC.

RESPECTFULLY SUBMITTED AND DATED this 3rd day of September, 2026.

*s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for the Plaintiff*