**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| MONTWAIN CARTER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HEALTH INSURANCE KING AGENCY, LLC AND HEALTH CHOICE NOW, LLC,<br><br>*Defendants*. | No. 3:25-cv-00005-SHL-WPK |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this action. Plaintiff's individual claims are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: November 4, 2026 PLAINTIFF

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANTS,

**SPENCER FANE LLP**

By: /s/ Nicholas J. Reisch
Brian W. Zimmerman
(Admitted *Pro Hac Vice*)
State Bar No. 00788746
bzimmerman@spencerfane.co
Nicholas J. Reisch
(Admitted *Pro Hac Vice*)
State Bar No. 24046699
nreisch@spencerfane.com
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Telephone: (713) 552-1234
Facsimile: (713) 963-0859

Tara E. Holterhaus, AT0013780
13815 FNB Parkway, Suite 200
Omaha, NE 68154
Phone: (402) 501-6770
tholterhaus@spencerfane.com

Faegre Drinker Biddle & Reath LLP

By: */s/ Paul A. Rosenthal*
Paul A. Rosenthal (admitted *pro hac vice*
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000
paul.rosenthal@faegredrinker.com

Jesse Linebaugh
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
(515) 248-9000
jesse.linebaugh@faegredrinker.com